**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

EASTERN DISTRICT OF NEW YORK

Case number *(if known)* _____  Chapter ___11___

☐ Check if this an amended filing

## Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy    **4/16**

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).
For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | **Debtor's name** | The Fresh Ice Cream Company LLC |

| | | |
|---|---|---|
| 2. | **All other names debtor used in the last 8 years** Include any assumed names, trade names and *doing business as* names | DBA  Craft Collective DBA  Steve's Ice Cream |

| | | |
|---|---|---|
| 3. | **Debtor's federal Employer Identification Number** (EIN) | 26-1798293 |

| | | |
|---|---|---|
| 4. | **Debtor's address** | **Principal place of business** | **Mailing address, if different from principal place of business** |

**Principal place of business**

c/o David Stein
278 6th Street, Apt. 3-B
Brooklyn, NY 11215
Number, Street, City, State & ZIP Code

Kings
County

**Mailing address, if different from principal place of business**

P.O. Box, Number, Street, City, State & ZIP Code

**Location of principal assets, if different from principal place of business**

Number, Street, City, State & ZIP Code

| | | |
|---|---|---|
| 5. | **Debtor's website** (URL) | |

| | | |
|---|---|---|
| 6. | **Type of debtor** | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP)) |
| | | ☐ Partnership (excluding LLP) |
| | | ☐ Other. Specify: _____ |

Debtor   The Fresh Ice Cream Company LLC                              Case number (*if known*) _____
         Name

**7.  Describe debtor's business**       A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
   See http://www.uscourts.gov/four-digit-national-association-naics-codes.

   _____

**8.  Under which chapter of the Bankruptcy Code is the debtor filing?**       *Check one:*

☐ Chapter 7

☐ Chapter 9

■ Chapter 11. *Check all that apply*:

  ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,566,050 (amount subject to adjustment on 4/01/19 and every 3 years after that).

  ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

  ☐ A plan is being filed with this petition.

  ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

  ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

  ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9.  Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

■ No.

☐ Yes.

If more than 2 cases, attach a separate list.

| | District | When | Case number |
|---|---|---|---|
| | _____ | _____ | _____ |
| | _____ | _____ | _____ |

**10.  Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

■ No

☐ Yes.

List all cases. If more than 1, attach a separate list

| Debtor | | Relationship | |
|---|---|---|---|
| District | When | Case number, if known | |

| Debtor | The Fresh Ice Cream Company LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

**11. Why is the case filed in this district?**

*Check all that apply:*

☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☑ No

☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____

Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes. Insurance agency _____

Contact name _____

Phone _____

---

**Statistical and administrative information**

**13. Debtor's estimation of available funds**

.    *Check one:*

☑ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

☐ 1-49
☐ 50-99
☑ 100-199
☐ 200-999

☐ 1,000-5,000
☐ 5001-10,000
☐ 10,001-25,000

☐ 25,001-50,000
☐ 50,001-100,000
☐ More than100,000

**15. Estimated Assets**

☐ $0 - $50,000
☐ $50,001 - $100,000
☐ $100,001 - $500,000
☐ $500,001 - $1 million

☑ $1,000,001 - $10 million
☐ $10,000,001 - $50 million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million

☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

**16. Estimated liabilities**

☐ $0 - $50,000
☐ $50,001 - $100,000
☐ $100,001 - $500,000
☐ $500,001 - $1 million

☑ $1,000,001 - $10 million
☐ $10,000,001 - $50 million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million

☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

| Debtor | The Fresh Ice Cream Company LLC | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

**Request for Relief, Declaration, and Signatures**

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is trued and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    February 17, 2017
                MM / DD / YYYY

**X** /s/ David Stein                                      David Stein
Signature of authorized representative of debtor          Printed name

Title    Managing Member

**18. Signature of attorney**

**X** /s/ Jonathan S. Pasternak                   Date    February 17, 2017
Signature of attorney for debtor                          MM / DD / YYYY

Jonathan S. Pasternak
Printed name

DelBello Donnellan Weingarten Wise & Wiederkehr, LLP
Firm name

One North Lexington Avenue
White Plains, NY 10601
Number, Street, City, State & ZIP Code

Contact phone    (914) 681-0200        Email address

Bar number and State

**Fill in this information to identify the case:**

Debtor name ___The Fresh Ice Cream Company LLC___

United States Bankruptcy Court for the: ___EASTERN DISTRICT OF NEW YORK___

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

■   *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

■   *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

■   *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

■   *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

■   *Schedule H: Codebtors* (Official Form 206H)

■   *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)

☐   Amended *Schedule* ___

■   *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☐   Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on ___February 17, 2017___     **X** /s/ David Stein
_____
Signature of individual signing on behalf of debtor

David Stein
_____
Printed name

Managing Member
_____
Position or relationship to debtor

Official Form 202                    **Declaration Under Penalty of Perjury for Non-Individual Debtors**

Fill in this information to identify the case:

| | |
|---|---|
| Debtor name | The Fresh Ice Cream Company LLC |
| United States Bankruptcy Court for the: | EASTERN DISTRICT OF NEW YORK |
| Case number (if known): | |

☐ Check if this is an

amended filing

## Official Form 204

### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
**12/15**

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Schoep's Ice Cream Inc. P.O. Box 3249 Madison, WI 53704 | | | | | | $645,435.00 |
| Hudsonville Ice Cream 345 East 48th Street Suite 200 Holland, MI 49423 | | | | | | $476,785.00 |
| Dan Ozizmir 85 Club Road Riverside, CT 06878 | | Promissory Note | | | | $300,000.00 |
| Albert D. Bolles 1104 W. Watling Street Arlington Heights, IL 60004 | | Senior Convertible Promissory Note | | | | $300,000.00 |
| SRSJ Group, Inc. c/o Susan Malina 7773 Gold Lenox Cove Lake Worth, FL 33467 | | | | | | $240,000.00 |
| Brand Equity Partners, LLC 40 Indian Head Road Riverside, CT 06878 | | Senior Convertible Promissory Note | | | | $153,061.22 |
| Andrew R. Jones c/o North Star Partners 274 Riverside Avenue Westport, CT 06880 | | Senior Convertible Promissory Note | | | | $153,061.22 |
| Kevin M. Sisson 5967 Bryn Brooke Drive Raleigh, NC 27614 | | Senior Convertible Promissory Note | | | | $150,000.00 |

| Debtor | The Fresh Ice Cream Company LLC | | Case number *(if known)* | |
|---|---|---|---|---|
| | Name | | | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| S.O.S. Capital, Inc. 540 Madison AVenue New York, NY 10022 | | | Contingent Unliquidated Disputed | $112,000.00 | $0.00 | $112,000.00 |
| Peter Marino | | Promissory Note | | | | $102,040.82 |
| Michael Peters | | Promissory Note | | | | $102,040.81 |
| Dan Ozizmir 85 Club Road Riverside, CT 06878 | | Promissory Note | | | | $102,040.81 |
| IRA Services Trust Co CFBO Richard Jacinto II Roth IRA 394 Saddle Back Trail Franklin Lakes, NJ 17417 | | Senior Convertible Promissory Note | | | | $102,040.81 |
| Dan Ozizmir 85 Club Road Riverside, CT 06878 | | Senior Convertible Promissory Note | | | | $102,040.81 |
| Dan Ozizmir 85 Club Road Riverside, CT 06878 | | Senior Convertible Promissory Note | | | | $102,040.81 |
| Brand Equity Partners, LLC 40 Indian Head Road Riverside, CT 06878 | | Senior Convertible Promissory Note | | | | $102,040.81 |
| Brand Equity Partners, LLC 40 Indian Head Road Riverside, CT 06878 | | Senior Convertible Promissory Note | | | | $102,040.81 |
| Andrew R. Jones c/o North Star Partners 274 Riverside Avenue Westport, CT 06880 | | Senior Convertible Promissory Note | | | | $102,040.81 |
| Andrew R. Jones c/o North Star Partners 274 Riverside Avenue Westport, CT 06880 | | Senior Convertible Promissory Note | | | | $102,040.81 |
| ACP BK 1 LLC 630 Flushing Avenue Brooklyn, NY 11206 | | Former Lease | | | | $101,000.00 |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

| Fill in this information to identify the case: |
|---|

Debtor name    The Fresh Ice Cream Company LLC

United States Bankruptcy Court for the:    EASTERN DISTRICT OF NEW YORK

Case number (if known) _____

☐ Check if this is an
amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals    12/15

| Part 1: | Summary of Assets |
|---|---|

**1.**   *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

   **1a. Real property:**
   Copy line 88 from *Schedule A/B*..................................................................................    $    0.00

   **1b. Total personal property:**
   Copy line 91A from *Schedule A/B*...............................................................................    $    1,320,452.09

   **1c. Total of all property:**
   Copy line 92 from *Schedule A/B*.................................................................................    $    1,320,452.09

| Part 2: | Summary of Liabilities |
|---|---|

**2.**   *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*....................    $    588,917.96

**3.**   *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

   **3a. Total claim amounts of priority unsecured claims:**
   Copy the total claims from Part 1 from line 5a of *Schedule E/F*...........................................................    $    95,197.60

   **3b. Total amount of claims of nonpriority amount of unsecured claims:**
   Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*.................................    +$    5,633,018.83

**4.**   **Total liabilities** .............................................................................................................
   Lines 2 + 3a + 3b    $    6,317,134.39

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name    The Fresh Ice Cream Company LLC

United States Bankruptcy Court for the:    EASTERN DISTRICT OF NEW YORK

Case number (if known) _____

☐ Check if this is an amended filing

# Official Form 206A/B

## Schedule A/B: Assets - Real and Personal Property    12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

### Part 1:   Cash and cash equivalents

**1. Does the debtor have any cash or cash equivalents?**

☐ No.  Go to Part 2.
■ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest |
|---|---|---|---|

**3.**    **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1. | Chase Bank | Checking | 0959 | $8,452.09 |
| 3.2. | DelBello Donnellan Weingarten Wise & Wiederkehr, LLP Escrow Account, M&T Bank | Attorney Escrow Account | 2756 | $0.00 |

**4.**    **Other cash equivalents** *(Identify all)*

**5.**    **Total of Part 1.**

Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.     | $8,452.09 |

### Part 2:   Deposits and Prepayments

**6. Does the debtor have any deposits or prepayments?**

■ No.  Go to Part 3.
☐ Yes Fill in the information below.

### Part 3:   Accounts receivable

**10. Does the debtor have any accounts receivable?**

☐ No.  Go to Part 4.
■ Yes Fill in the information below.

**11.**    **Accounts receivable**

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

| Debtor | The Fresh Ice Cream Company LLC | Case number *(If known)* | |
|--------|---------------------------------|--------------------------|---|
| | Name | | |

| 11a. 90 days old or less: | 5,000.00 | - | 0.00 | = .... | $5,000.00 |
|---|---|---|---|---|---|
| | face amount | | doubtful or uncollectible accounts | | |

| 12. | **Total of Part 3.** | $5,000.00 |
|-----|----------------------|-----------|
| | Current value on lines 11a + 11b = line 12.  Copy the total to line 82. | |

**Part 4:     Investments**

13. **Does the debtor own any investments?**

☒ No.  Go to Part 5.
☐ Yes Fill in the information below.

**Part 5:     Inventory, excluding agriculture assets**

18. **Does the debtor own any inventory (excluding agriculture assets)?**

☐ No.  Go to Part 6.
☒ Yes Fill in the information below.

| | General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|---|
| 19. | **Raw materials** | | | | |
| 20. | **Work in progress** | | | | |
| 21. | **Finished goods, including goods held for resale** Finished ice cream pints | | $0.00 | | $300,000.00 |
| 22. | **Other inventory or supplies** Various packaging materials | | $0.00 | | $1,000.00 |

| 23. | **Total of Part 5.** | $301,000.00 |
|-----|----------------------|-------------|
| | Add lines 19 through 22.  Copy the total to line 84. | |

24. **Is any of the property listed in Part 5 perishable?**
☒ No
☐ Yes

25. **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
☒ No
☐ Yes. Book value _____ Valuation method _____ Current Value _____

26. **Has any of the property listed in Part 5 been appraised by a professional within the last year?**
☒ No
☐ Yes

**Part 6:     Farming and fishing-related assets (other than titled motor vehicles and land)**

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

☒ No.  Go to Part 7.
☐ Yes Fill in the information below.

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

Debtor   The Fresh Ice Cream Company LLC                                          Case number *(If known)*  _____
          Name

## Part 7:   Office furniture, fixtures, and equipment; and collectibles

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No.  Go to Part 8.

☑ Yes Fill in the information below.

| | General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 39. | **Office furniture**<br>Misc. Office Furniture | $0.00 | | $1,000.00 |
| 40. | **Office fixtures** | | | |
| 41. | **Office equipment, including all computer equipment and communication systems equipment and software** | | | |
| 42. | **Collectibles** *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |

43.   **Total of Part 7.**                                                                                                   $1,000.00
      Add lines 39 through 42.  Copy the total to line 86.

44.   **Is a depreciation schedule available for any of the property listed in Part 7?**

☑ No

☐ Yes

45.   **Has any of the property listed in Part 7 been appraised by a professional within the last year?**

☑ No

☐ Yes

## Part 8:   Machinery, equipment, and vehicles

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No.  Go to Part 9.

☑ Yes Fill in the information below.

| | General description Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 47. | **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 48. | **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels | | | |
| 49. | **Aircraft and accessories** | | | |
| 50. | **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**<br>2 Batch Freezers | $0.00 | | $5,000.00 |

51.   **Total of Part 8.**                                                                                                   $5,000.00
      Add lines 47 through 50.  Copy the total to line 87.

52.   **Is a depreciation schedule available for any of the property listed in Part 8?**

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com

| Debtor | The Fresh Ice Cream Company LLC | Case number *(If known)* | |
|--------|--------------------------------|--------------------------|--|
| | Name | | |

☑ No
☐ Yes

53.   **Has any of the property listed in Part 8 been appraised by a professional within the last year?**

☑ No
☐ Yes

## Part 9:   Real property

54. **Does the debtor own or lease any real property?**

☑ No.  Go to Part 10.
☐ Yes Fill in the information below.

## Part 10:   Intangibles and intellectual property

59. **Does the debtor have any interests in intangibles or intellectual property?**

☐ No.  Go to Part 11.
☑ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---------------------|-----------------------------|-----------------------------|-----------------------------|
| 60.   **Patents, copyrights, trademarks, and trade secrets** Trademark, formulas and other intellectual property rights | $0.00 | | $1,000,000.00 |
| 61.    **Internet domain names and websites** | | | |
| 62.    **Licenses, franchises, and royalties** | | | |
| 63.    **Customer lists, mailing lists, or other compilations** | | | |
| 64.    **Other intangibles, or intellectual property** | | | |
| 65.    **Goodwill** Goodwill | $0.00 | | Unknown |

66.   **Total of Part 10.**

Add lines 60 through 65. Copy the total to line 89.

> $1,000,000.00

67.   **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C.§§ 101(41A) and 107?

☑ No
☐ Yes

68.   **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**

☑ No
☐ Yes

69.   **Has any of the property listed in Part 10 been appraised by a professional within the last year?**

☑ No
☐ Yes

## Part 11:   All other assets

70. **Does the debtor own any other assets that have not yet been reported on this form?**

Include all interests in executory contracts and unexpired leases not previously reported on this form.

Debtor    The Fresh Ice Cream Company LLC _____    Case number *(If known)* _____
                   Name

☐ No.  Go to Part 12.
■ Yes Fill in the information below.

|  |  | **Current value of debtor's interest** |
|---|---|---|

| 71. | **Notes receivable** | |
|  | Description (include name of obligor) | |
| 72. | **Tax refunds and unused net operating losses (NOLs)** | |
|  | Description (for example, federal, state, local) | |

NOLs for 2014-2016 _____    Tax year _____    _____ Unknown

| 73. | **Interests in insurance policies or annuities** |
|---|---|
| 74. | **Causes of action against third parties (whether or not a lawsuit has been filed)** |
| 75. | **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims** |
| 76. | **Trusts, equitable or future interests in property** |
| 77. | **Other property of any kind not already listed** *Examples:* Season tickets, country club membership |

| 78. | **Total of Part 11.** | _____ $0.00 |
|---|---|---|
|  | Add lines 71 through 77. Copy the total to line 90. | |

79.    **Has any of the property listed in Part 11 been appraised by a professional within the last year?**
■ No
☐ Yes

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

Debtor    The Fresh Ice Cream Company LLC _____    Case number *(If known)* _____
            Name

---

| Part 12: | Summary |
|---|---|

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $8,452.09 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $5,000.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $301,000.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $1,000.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $5,000.00 | |
| 88. **Real property.** *Copy line 56, Part 9.*.......................................................> | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $1,000,000.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $1,320,452.09 | + 91b. $0.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $1,320,452.09 |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                                                Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name _____ The Fresh Ice Cream Company LLC _____

United States Bankruptcy Court for the: ___ EASTERN DISTRICT OF NEW YORK _____

Case number (if known) _____

☐ Check if this is an
   amended filing

## Official Form 206D
# Schedule D: Creditors Who Have Claims Secured by Property                    12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☑ Yes. Fill in all of the information below.

**Part 1:    List Creditors Who Have Secured Claims**

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | | Column A<br>Amount of claim<br>Do not deduct the value of collateral. | Column B<br>Value of collateral that supports this claim |
|---|---|---|---|---|
| **2.1** | **FICC Lender, LLC**<br>Creditor's Name | Describe debtor's property that is subject to a lien | $426,917.96 | $0.00 |

**2.1** | **FICC Lender, LLC**
Creditor's Name

c/o Andrew Jones
4 Compo Parkway
Westport, CT 06880
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

Describe debtor's property that is subject to a lien                    $426,917.96                    $0.00

**Describe the lien**
Blanket Lien on Debtor's Assets
**Is the creditor an insider or related party?**
☑ No
☐ Yes
**Is anyone else liable on this claim?**
☐ No
☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

**2.2** | Hanson Transportation Mngmt
Creditor's Name

PO Box 771878
Detroit, MI 48277
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

Describe debtor's property that is subject to a lien                    $50,000.00                    $0.00

**Describe the lien**

**Is the creditor an insider or related party?**
☑ No
☐ Yes
**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com

Debtor    The Fresh Ice Cream Company LLC                                    Case number (if know) _____
                    Name

- ■ No
- ☐ Yes. Specify each creditor,
  including this creditor and its relative
  priority.

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

| 2.3 | S.O.S. Capital, Inc. | Describe debtor's property that is subject to a lien | $112,000.00 | $0.00 |
|---|---|---|---|---|

Creditor's Name

540 Madison AVenue
New York, NY 10022

Creditor's mailing address

**Describe the lien**

**Is the creditor an insider or related party?**

- ■ No
- ☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

- ■ No
- ☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an
interest in the same property?**

- ■ No
- ☐ Yes. Specify each creditor,
  including this creditor and its
  priority.

**As of the petition filing date, the claim is:**
Check all that apply

- ☐ Contingent
- ■ Unliquidated
- ■ Disputed

3.    Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.    $588,917.96

**Part 2:    List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name  and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| John F. Horvath<br>Horvath & Weaver PC<br>10 E. LaSalle Street<br>Se 1600<br>Chicago, IL 60603 | Line  2.2 | |
| Shipman & Goodwin LLP<br>300 Atlantic St. 3rd Flr<br>attn: Kent Nevins, Esq.<br>Stamford, CT 06901-3522 | Line  2.1 | |

**Fill in this information to identify the case:**

Debtor name     The Fresh Ice Cream Company LLC

United States Bankruptcy Court for the:    EASTERN DISTRICT OF NEW YORK

Case number (if known)

☐ Check if this is an
   amended filing

## Official Form 206E/F
# Schedule E/F: Creditors Who Have Unsecured Claims          12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and
Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and
2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

| Part 1: | List All Creditors with PRIORITY Unsecured Claims |
|---|---|

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ☐ No. Go to Part 2.

   ■ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors
   with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | | Total claim | Priority amount |
|---|---|---|---|---|
| 2.1 | Priority creditor's name and mailing address<br>David Stein | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $34,528.20 | $12,850.00 |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes | | |
| 2.2 | Priority creditor's name and mailing address<br>Gerard Tucci | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $10,860.57 | $10,860.57 |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes | | |

| Debtor | The Fresh Ice Cream Company LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 2.3 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $13,655.05 | $11,442.30 |
|---|---|---|---|---|
| | Gordon Livingstone | Check all that apply. | | |
| | | ☐ Contingent | | |
| | | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No ☐ Yes | | |

| 2.4 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $14,989.51 | $12,850.00 |
|---|---|---|---|---|
| | Howard Berman | Check all that apply. | | |
| | | ☐ Contingent | | |
| | | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No ☐ Yes | | |

| 2.5 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $5,064.74 | $5,064.74 |
|---|---|---|---|---|
| | Jennifer Curinga | Check all that apply. | | |
| | | ☐ Contingent | | |
| | | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No ☐ Yes | | |

| 2.6 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $16,099.53 | $12,850.00 |
|---|---|---|---|---|
| | John LeSauvage | Check all that apply. | | |
| | | ☐ Contingent | | |
| | | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No ☐ Yes | | |

**Part 2:    List All Creditors with NONPRIORITY Unsecured Claims**

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

**Amount of claim**

Debtor  __The Fresh Ice Cream Company LLC_____    Case number *(if known)* _____
           Name

| 3.1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $971.70 |
|---|---|---|---|

**3.1** **Nonpriority creditor's name and mailing address**
5 Star Demonstrations LLC
PO Box 91
Paramus, NJ 07653

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*  $971.70
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.2** **Nonpriority creditor's name and mailing address**
ACP BK 1 LLC
630 Flushing Avenue
Brooklyn, NY 11206

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*  $101,000.00
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _Former Lease_

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.3** **Nonpriority creditor's name and mailing address**
Albert D. Bolles
1104 W. Watling Street
Arlington Heights, IL 60004

**Date(s) debt was incurred** _April 27, 2016_

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*  $300,000.00
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _Senior Convertible Promissory Note_

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.4** **Nonpriority creditor's name and mailing address**
Americold
c/o Alliance Midwest, LLC
PO Box 2810
Matthews, NC 28106

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*  $5,000.00
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.5** **Nonpriority creditor's name and mailing address**
Anchin Block & Anchin LLP
1375 Broadway
New York, NY 10028

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*  $4,000.00
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _Accounting Services_

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.6** **Nonpriority creditor's name and mailing address**
Andrew F. Blumenthal, Esq.
250 West 57th Street
Suite 1619
New York, NY 10107

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*  $5,000.00
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _Legal Fees_

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.7** **Nonpriority creditor's name and mailing address**
Andrew R. Jones
c/o North Star Partners
274 Riverside Avenue
Westport, CT 06880

**Date(s) debt was incurred** _October 21, 2015_

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*  $153,061.22
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _Senior Convertible Promissory Note_

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | The Fresh Ice Cream Company LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.8** | **Nonpriority creditor's name and mailing address** | | **$51,020.41**

Andrew R. Jones
c/o North Star Partners
274 Riverside Avenue
Westport, CT 06880

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Senior Convertible Promissory Note

Is the claim subject to offset? ■ No ☐ Yes

---

**3.9** | **Nonpriority creditor's name and mailing address** | | **$102,040.81**

Andrew R. Jones
c/o North Star Partners
274 Riverside Avenue
Westport, CT 06880

**Date(s) debt was incurred**  November 24, 2015

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Senior Convertible Promissory Note

Is the claim subject to offset? ■ No ☐ Yes

---

**3.10** | **Nonpriority creditor's name and mailing address** | | **$102,040.81**

Andrew R. Jones
c/o North Star Partners
274 Riverside Avenue
Westport, CT 06880

**Date(s) debt was incurred**  December 10, 2015

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Senior Convertible Promissory Note

Is the claim subject to offset? ■ No ☐ Yes

---

**3.11** | **Nonpriority creditor's name and mailing address** | | **$81,632.65**

Andrew R. Jones
c/o North Star Partners
274 Riverside Avenue
Westport, CT 06880

**Date(s) debt was incurred**  January 15, 2016

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Senior Convertible Promissory Note

Is the claim subject to offset? ■ No ☐ Yes

---

**3.12** | **Nonpriority creditor's name and mailing address** | | **$76,530.61**

Andrew R. Jones
c/o North Star Partners
274 Riverside Avenue
Westport, CT 06880

**Date(s) debt was incurred**  January 21, 2016

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Senior Convertible Promissory Note

Is the claim subject to offset? ■ No ☐ Yes

---

**3.13** | **Nonpriority creditor's name and mailing address** | | **$12,236.73**

Andrew R. Jones
c/o North Star Partners
274 Riverside Avenue
Westport, CT 06880

**Date(s) debt was incurred**  April 1, 2016

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Senior Convertible Promissory Note

Is the claim subject to offset? ■ No ☐ Yes

---

**3.14** | **Nonpriority creditor's name and mailing address** | | **$76,530.61**

Andrew R. Jones
c/o North Star Partners
274 Riverside Avenue
Westport, CT 06880

**Date(s) debt was incurred**  September 18, 2014

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Promissory Note

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | The Fresh Ice Cream Company LLC | Case number (if known) | |
|--------|--------------------------------|------------------------|--|
| | Name | | |

| 3.15 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $51,020.41 |
|------|-------------------------------------------------|--------------------------------------------------------------------|-----------|

**3.15** Nonpriority creditor's name and mailing address
Andrew R. Jones
c/o North Star Partners
274 Riverside Avenue
Westport, CT 06880

Date(s) debt was incurred  October 7, 2014
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*                    $51,020.41
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Promisorry Note

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.16** Nonpriority creditor's name and mailing address
Anthony D. Cardone
P.O. Box 269
Port Washington, NY 11050

Date(s) debt was incurred  May 27, 2016
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*                    $100,000.00
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Senior Convertible Promissory Note

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.17** Nonpriority creditor's name and mailing address
Anthony D. Cardone
P.O. Box 269
Port Washington, NY 11050

Date(s) debt was incurred  May 27, 2016
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*                    $50,000.00
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Senior Convertible Promissory Note

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.18** Nonpriority creditor's name and mailing address
Black and Black Creative LLC
526 West 26th Street
Brooklyn, NY 11211

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*                    $22,500.00
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.19** Nonpriority creditor's name and mailing address
Bradley and Kimberly Walters
P.O. Box 183
Bemus Point, NY 14712

Date(s) debt was incurred  October 23, 2014
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*                    $5,102.04
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Promissory Note

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.20** Nonpriority creditor's name and mailing address
Bradley and Kimberly Walters
P.O. Box 183
Bemus Point, NY 14712

Date(s) debt was incurred  September 24, 2015
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*                    $2,551.02
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Promissory Note

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.21** Nonpriority creditor's name and mailing address
Brand Equity Partners, LLC
40 Indian Head Road
Riverside, CT 06878

Date(s) debt was incurred  October 21, 2015
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*                    $153,061.22
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Senior Convertible Promissory Note

Is the claim subject to offset? ■ No  ☐ Yes

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com

| Debtor | The Fresh Ice Cream Company LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.22** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $51,020.41

Brand Equity Partners, LLC
40 Indian Head Road
Riverside, CT 06878

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  November 12, 2015

Basis for the claim:  Senior Convertible Promissory Note

Last 4 digits of account number

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.23** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $102,040.81

Brand Equity Partners, LLC
40 Indian Head Road
Riverside, CT 06878

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  Noveber 24, 2015

Basis for the claim:  Senior Convertible Promissory Note

Last 4 digits of account number

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.24** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $102,040.81

Brand Equity Partners, LLC
40 Indian Head Road
Riverside, CT 06878

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  December 10, 2015

Basis for the claim:  Senior Convertible Promissory Note

Last 4 digits of account number

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.25** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $51,020.41

Brand Equity Partners, LLC
40 Indian Head Road
Riverside, CT 06878

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  January 15, 2016

Basis for the claim:  Senior Convertible Promissory Note

Last 4 digits of account number

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.26** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $25,510.20

Brand Equity Partners, LLC
40 Indian Head Road
Riverside, CT 06878

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  January 21, 2016

Basis for the claim:  Senior Convertible Promissory Note

Last 4 digits of account number

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.27** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $51,020.41

Brand Equity Partners, LLC
40 Indian Head Road
Riverside, CT 06878

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  March 31, 2016

Basis for the claim:  Senior Convertible Promissory Note

Last 4 digits of account number

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.28** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $75,000.00

Brand Equity Partners, LLC
40 Indian Head Road
Riverside, CT 06878

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  September 18, 2014

Basis for the claim:  Promissory Note

Last 4 digits of account number

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | The Fresh Ice Cream Company LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.29** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $20,000.00

Brand Equity Partners, LLC
40 Indian Head Road
Riverside, CT 06878

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  September 26, 2014
Last 4 digits of account number _

Basis for the claim:  Promissory Note

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.30** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $30,612.24

Brand Equity Partners, LLC
40 Indian Head Road
Riverside, CT 06878

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  October 16, 2014
Last 4 digits of account number _

Basis for the claim:  Promissory Note

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.31** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $24,387.76

Brand Equity Partners, LLC
40 Indian Head Road
Riverside, CT 06878

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  November 24, 2014
Last 4 digits of account number _

Basis for the claim:  Promissory Note

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.32** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $100,000.00

Brand Equity Partners, LLC
40 Indian Head Road
Riverside, CT 06878

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  April 10, 2015
Last 4 digits of account number _

Basis for the claim:  Promissory Note

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.33** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,938.34

Carmi Flavors & Fragrances
6030 Scott Way
Los Angeles, CA 90040

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.34** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,750.00

Chinook Book
1410 62nd Street
Suite E
Emeryville, CA 94608

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.35** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $102,040.81

Dan Ozizmir
85 Club Road
Riverside, CT 06878

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  November 24, 2015
Last 4 digits of account number _

Basis for the claim:  Senior Convertible Promissory Note

Is the claim subject to offset? ■ No  ☐ Yes

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com

| Debtor | The Fresh Ice Cream Company LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.36** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$102,040.81**

Dan Ozizmir
85 Club Road
Riverside, CT 06878

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred  December 10, 2015

**Basis for the claim:**  Senior Convertible Promissory Note

Last 4 digits of account number

Is the claim subject to offset? ■ No ☐ Yes

---

**3.37** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$100,000.00**

Dan Ozizmir
85 Club Road
Riverside, CT 06878

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred  March 16, 2015

**Basis for the claim:**  Promissory Note

Last 4 digits of account number

Is the claim subject to offset? ■ No ☐ Yes

---

**3.38** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$100,000.00**

Dan Ozizmir
85 Club Road
Riverside, CT 06878

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred  March 16, 2015

**Basis for the claim:**  Promisorry Note

Last 4 digits of account number

Is the claim subject to offset? ■ No ☐ Yes

---

**3.39** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$300,000.00**

Dan Ozizmir
85 Club Road
Riverside, CT 06878

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred  July 20, 2015

**Basis for the claim:**  Promissory Note

Last 4 digits of account number

Is the claim subject to offset? ■ No ☐ Yes

---

**3.40** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$102,040.81**

Dan Ozizmir
85 Club Road
Riverside, CT 06878

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred  September 11, 2015

**Basis for the claim:**  Promissory Note

Last 4 digits of account number

Is the claim subject to offset? ■ No ☐ Yes

---

**3.41** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$25,000.00**

David Lebous

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred

**Basis for the claim:**  Promissory Note

Last 4 digits of account number

Is the claim subject to offset? ■ No ☐ Yes

---

**3.42** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$100,000.00**

Edmund Bingham
16 Ridge Road #2
Glen Cove, NY 11542

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred  May 10, 2016

**Basis for the claim:**  Senior Convertible Promissory Note

Last 4 digits of account number

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor  __The Fresh Ice Cream Company LLC_____    Case number *(if known)* _____
       Name

| | | |
|---|---|---|
| 3.43 | **Nonpriority creditor's name and mailing address**<br>F.E. Jones, Inc.<br><br>**Date(s) debt was incurred** _October 13, 2015_<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _Promissory Note_<br><br>Is the claim subject to offset? ■ No  ☐ Yes | $25,000.00 |
| 3.44 | **Nonpriority creditor's name and mailing address**<br>Farrell Fritz<br>1320 RXR Plaza<br>Uniondale, NY 11556-1320<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _Attorneys Fees_<br><br>Is the claim subject to offset? ■ No  ☐ Yes | $19,087.36 |
| 3.45 | **Nonpriority creditor's name and mailing address**<br>Force Brands LLC<br>6 Harrison Street<br>6th Floor<br>New York, NY 10013<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No  ☐ Yes | $5,500.00 |
| 3.46 | **Nonpriority creditor's name and mailing address**<br>Galileo Global Branding Group<br>700 Fairfield Avenue<br>Stamford, CT 06902-7526<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No  ☐ Yes | $25,813.85 |
| 3.47 | **Nonpriority creditor's name and mailing address**<br>Giannuzzi Group LLP<br>411 West 14th Street<br>4th FLoor<br>New York, NY 10014<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No  ☐ Yes | $14,969.50 |
| 3.48 | **Nonpriority creditor's name and mailing address**<br>Grady's Cold Brew<br>150 Banker Street<br>Brooklyn, NY 11222<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No  ☐ Yes | $30,000.00 |
| 3.49 | **Nonpriority creditor's name and mailing address**<br>Grant, Genovese & Baratta LLP<br>Wells Fargo Bank Building<br>2030 Main Street, Suite 1600<br>Irvine, CA 92614<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No  ☐ Yes | $14,429.50 |

| Debtor | The Fresh Ice Cream Company LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

**3.50** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $550.00
---|---|---|---
 | GS1 US | ☐ Contingent |
 | 1009 Lenox Drive | ☐ Unliquidated |
 | Suite 202 | ☐ Disputed |
 | Lawrence Township, NJ 08648 | |
 | **Date(s) debt was incurred** _ | **Basis for the claim:** _ |
 | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes |

**3.51** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $40,832.65
---|---|---|---
 | GTI Designs Inc. | ☐ Contingent |
 | 35 Trade Zone Court | ☐ Unliquidated |
 | Ronkonkoma, NY 11779 | ☐ Disputed |
 | **Date(s) debt was incurred** _ | **Basis for the claim:** _ |
 | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes |

**3.52** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $25,000.00
---|---|---|---
 | Howard and Ruth Buschman | ☐ Contingent |
 | | ☐ Unliquidated |
 | **Date(s) debt was incurred** _August 12, 2015_ | ☐ Disputed |
 | **Last 4 digits of account number** _ | **Basis for the claim:** _ |
 | | Is the claim subject to offset? ■ No ☐ Yes |

**3.53** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $476,785.00
---|---|---|---
 | Hudsonville Ice Cream | ☐ Contingent |
 | 345 East 48th Street | ☐ Unliquidated |
 | Suite 200 | ☐ Disputed |
 | Holland, MI 49423 | |
 | **Date(s) debt was incurred** _ | **Basis for the claim:** _ |
 | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes |

**3.54** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $8,407.96
---|---|---|---
 | Hutt Trucking Co., Inc. | ☐ Contingent |
 | 1362 Lincoln Avenue | ☐ Unliquidated |
 | Holland, MI 49423 | ☐ Disputed |
 | **Date(s) debt was incurred** _ | **Basis for the claim:** _ |
 | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes |

**3.55** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $146.07
---|---|---|---
 | Interstate Warehousing | ☐ Contingent |
 | 700 Bartram Parkway | ☐ Unliquidated |
 | Franklin, IN 46131 | ☐ Disputed |
 | **Date(s) debt was incurred** _ | **Basis for the claim:** _ |
 | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes |

**3.56** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $102,040.81
---|---|---|---
 | IRA Services Trust Co CFBO | ☐ Contingent |
 | Richard Jacinto II Roth IRA | ☐ Unliquidated |
 | 394 Saddle Back Trail | ☐ Disputed |
 | Franklin Lakes, NJ 17417 | |
 | **Date(s) debt was incurred** _February 1, 2016_ | **Basis for the claim:** _Senior Convertible Promissory Note_ |
 | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes |

Debtor    The Fresh Ice Cream Company LLC
_____    Case number (if known) _____
Name

| 3.57 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,999.81 |
|---|---|---|---|

Island Container Corp.
44 Island Container Plaza
Wyandanch, NY 11798

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.58 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $61,298.89 |
|---|---|---|---|

Jared Joyce-Schleimer

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** December 17, 2014

**Basis for the claim:** Promissory Note

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.59 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $13,200.00 |
|---|---|---|---|

Kappel & Co., LLC
21 Morris Avenue
Rockville Centre, NY 11570

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.60 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $18,853.25 |
|---|---|---|---|

Kasowitz Benson et. al.
1633 Broadway
New York, NY 10019

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** Attorneys Fees

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.61 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $150,000.00 |
|---|---|---|---|

Kevin M. Sisson
5967 Bryn Brooke Drive
Raleigh, NC 27614

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** May 27, 2016

**Basis for the claim:** Senior Convertible Promissory Note

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.62 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $5,135.00 |
|---|---|---|---|

Kof-K
201 The Plaza
Teaneck, NJ 07666

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.63 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,381.15 |
|---|---|---|---|

Levitt LLP
129 Front Street
Mineola, NY 11501

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

Debtor   The Fresh Ice Cream Company LLC                                    Case number (if known) _____
         Name

| | | |
|---|---|---|
| 3.64 | **Nonpriority creditor's name and mailing address** | $4,116.00 |

**3.64**   **Nonpriority creditor's name and mailing address**
Madecasse
630 Flushing Avenue
Brooklyn, NY 11206

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes                                 $4,116.00

---

**3.65**   **Nonpriority creditor's name and mailing address**
Martin and Mary Smith
12 Chadwick Road
Binghamton, NY 13903

**Date(s) debt was incurred** _September 25, 2014_

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _Promissory Note_

Is the claim subject to offset? ■ No ☐ Yes                                 $30,612.25

---

**3.66**   **Nonpriority creditor's name and mailing address**
McCarthy Burgess & Wolff
26000 Cannon Road
Bedford, OH 44146

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes                                 $4,451.00

---

**3.67**   **Nonpriority creditor's name and mailing address**
Mendon Truck Leasing & Rental
362 Kingsland Avenue
Brooklyn, NY 11222

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _Damages from early termination of truck lease_

Is the claim subject to offset? ■ No ☐ Yes                                 $10,816.35

---

**3.68**   **Nonpriority creditor's name and mailing address**
Michael and Latrice Colsten

**Date(s) debt was incurred** _July 24, 2015_

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _Promissory Note_

Is the claim subject to offset? ■ No ☐ Yes                                 $10,204.08

---

**3.69**   **Nonpriority creditor's name and mailing address**
Michael Peters

**Date(s) debt was incurred** _March 25, 2015_

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _Promissory Note_

Is the claim subject to offset? ■ No ☐ Yes                                 $102,040.81

---

**3.70**   **Nonpriority creditor's name and mailing address**
Michael Venuti

**Date(s) debt was incurred** _January 20, 2015_

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _Promissory Note_

Is the claim subject to offset? ■ No ☐ Yes                                 $25,510.20

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

| Debtor | The Fresh Ice Cream Company LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.71 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $10,204.08 |
|---|---|---|---|
| | Michael Venuti | ☐ Contingent | |
| | | ☐ Unliquidated | |
| | **Date(s) debt was incurred** August 4, 2015 | ☐ Disputed | |
| | **Last 4 digits of account number** _ | **Basis for the claim:** Promissory Note | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.72 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $8,402.00 |
|---|---|---|---|
| | National Marketshare Group | ☐ Contingent | |
| | 2155 West 8th Street | ☐ Unliquidated | |
| | Cincinnati, OH 45204 | ☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.73 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $758.19 |
|---|---|---|---|
| | New Seasons Market | ☐ Contingent | |
| | 1300 SE Stark Street | ☐ Unliquidated | |
| | Portland, OR 97214 | ☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.74 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $4,116.00 |
|---|---|---|---|
| | Nicki Briggs, LLC | ☐ Contingent | |
| | 365 Dean Street #1 | ☐ Unliquidated | |
| | Brooklyn, NY 11206 | ☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.75 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $11,840.25 |
|---|---|---|---|
| | NYS Unemployment | ☐ Contingent | |
| | Insurnace Fund | ☐ Unliquidated | |
| | P.O. Box 4301 | ☐ Disputed | |
| | Binghamton, NY 13902-4301 | **Basis for the claim:** _ | |
| | **Date(s) debt was incurred** _ | | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.76 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $294.01 |
|---|---|---|---|
| | PCC Natural Markets | ☐ Contingent | |
| | 3131 Elliot Avenue | ☐ Unliquidated | |
| | Suite 500 | ☐ Disputed | |
| | Seattle, WA 98121 | **Basis for the claim:** _ | |
| | **Date(s) debt was incurred** _ | | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.77 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $102,040.82 |
|---|---|---|---|
| | Peter Marino | ☐ Contingent | |
| | | ☐ Unliquidated | |
| | **Date(s) debt was incurred** July 28, 2015 | ☐ Disputed | |
| | **Last 4 digits of account number** _ | **Basis for the claim:** Promissory Note | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com

| Debtor | The Fresh Ice Cream Company LLC | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

| 3.78 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $3,424.00 |
|---|---|---|---|
| | Polar Crossing Cold Storage<br>3300 E. Veterans Mem. Hwy<br>Bohemia, NY 11716 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.79 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $489.67 |
|---|---|---|---|
| | Polar Tech Industries<br>415 Railroad Avenue<br>Genoa, IL 60135 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.80 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $18,361.38 |
|---|---|---|---|
| | PSEG 0010-96-06<br>80 Mark Plaza<br>PO Box 570<br>Newark, NJ 07101 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.81 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $2,246.40 |
|---|---|---|---|
| | Quality Films Co, Inc.<br>401 Park Avenue<br>Brooklyn, NY 11205 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.82 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $40,896.31 |
|---|---|---|---|
| | Salans<br>c/o Dentons US LLP<br>4520 Main Street, Suite 1100<br>Kansas City, MO 64111-7700 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.83 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $645,435.00 |
|---|---|---|---|
| | Schoep's Ice Cream Inc.<br>P.O. Box 3249<br>Madison, WI 53704 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.84 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $1,409.93 |
|---|---|---|---|
| | Sea Box Inc.<br>1 Sea Box Drive<br>Riverton, NJ 08077 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| Debtor | The Fresh Ice Cream Company LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.85 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $5,122.58 |
|---|---|---|---|

SMAKK Studios
181 N 11th Street
Sutie 207
Brooklyn, NY 11211

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.86 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $51,020.41 |
|---|---|---|---|

Southern Tier Assoc.
of Construction Contractors

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** October 20, 2014

**Basis for the claim:** Promissory Note

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.87 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $25,510.20 |
|---|---|---|---|

Southern Tier Assoc.
of Construction Contractors

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** September 24, 2015

**Basis for the claim:** Promissory Note

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.88 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $44,201.95 |
|---|---|---|---|

Spins LLC
222 W. Hubbard Street
Suite 300
Chicago, IL 60654

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.89 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $240,000.00 |
|---|---|---|---|

SRSJ Group, Inc.
c/o Susan Malina
7773 Gold Lenox Cove
Lake Worth, FL 33467

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.90 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $8,729.59 |
|---|---|---|---|

Stephen W. Leahy
6515 Collins Avenue, #1805
Miami Beach, FL 33141

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** January 7, 2016

**Basis for the claim:** Senior Convertible Promissory Note

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.91 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $552.49 |
|---|---|---|---|

Stoltzfus Truck Brokerage, Inc
30 Slaymaker Hill Road
Kinzers, PA 17535

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com

| Debtor | The Fresh Ice Cream Company LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.92 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $17,672.50 |
|---|---|---|---|

Taza Chocolate
561 Windsor Street
Somerville, MA 02143

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ☑ No ☐ Yes

| 3.93 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $30,612.25 |
|---|---|---|---|

The Peter W. Sutcliffe
Revocable Trust of 2008
1115 New Boston Road
Francestown, NH 03043

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _September 23, 2014_

**Last 4 digits of account number** _

**Basis for the claim:** _Promissory Note_

Is the claim subject to offset? ☑ No ☐ Yes

| 3.94 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $56,000.00 |
|---|---|---|---|

Torbati
c/o Label Choices
1450 2nd Street
Santa Monica, CA 90401

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ☑ No ☐ Yes

| 3.95 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $15,117.09 |
|---|---|---|---|

Universal Marketing Services
340 E. Dania Beach Blvd.
Dania, FL 33004

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ☑ No ☐ Yes

| 3.96 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $0.00 |
|---|---|---|---|

Utica National Insurance
PO Box 530
Utica, NY 13503-0530

☐ Contingent
■ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ☑ No ☐ Yes

| 3.97 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $11,000.00 |
|---|---|---|---|

White and Williams LLP
7 Times Square
Suite 2900
New York, NY 10036

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ☑ No ☐ Yes

| 3.98 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $20,616.18 |
|---|---|---|---|

Wilkie Farr & Gallagher
787 Seventh Avenue
New York, NY 10019-6099

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ☑ No ☐ Yes

---

**Part 3:**  List Others to Be Notified About Unsecured Claims

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

Debtor   The Fresh Ice Cream Company LLC                                    Case number (if known) _____
_____
Name

**If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | Franklin, Gringer & Cohen PC<br>666 Old Country Road<br>Sutie 202<br>Garden City, NY 11530 | Line _3.51_<br><br>☐ Not listed. Explain ____ | Attn: Michael Mos scrop, Esq. |
| 4.2 | Jonathan Y. Sue, PLLC<br>303 Fifth Avenue<br>Suite 1302<br>New York, NY 10016 | Line _3.2_<br><br>☐ Not listed. Explain ____ | _ |
| 4.3 | Varnum LLP/ Steven Buqucchio<br>333 Bridge Street NW<br>Bridgewater Place, PO Box 352<br>Grand Rapids, MI 49501 | Line _3.53_<br><br>☐ Not listed. Explain ____ | Attn: Steven T. Buqucchio, Esq |

**Part 4:    Total Amounts of the Priority and Nonpriority Unsecured Claims**

5.  Add the amounts of priority and nonpriority unsecured claims.

|  |  | Total of claim amounts |
|---|---|---|
| 5a. Total claims from Part 1 | 5a. | $ 95,197.60 |
| 5b. Total claims from Part 2 | 5b. + | $ 5,633,018.83 |
| 5c. Total of Parts 1 and 2<br>Lines 5a + 5b = 5c. | 5c. | $ 5,728,216.43 |

**Fill in this information to identify the case:**

Debtor name ___The Fresh Ice Cream Company LLC___

United States Bankruptcy Court for the: ___EASTERN DISTRICT OF NEW YORK___

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 206G

# Schedule G: Executory Contracts and Unexpired Leases                    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.   **Does the debtor have any executory contracts or unexpired leases?**
     ☐ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.
     ☑ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal     Property* (Official Form 206A/B).

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|
| **2.1.**   State what the contract or lease is for and the nature of the debtor's interest<br><br>   State the term remaining<br>   List the contract number of any government contract | Hanson Transportation Mngmt<br>PO Box 771878<br>Detroit, MI 48277 |
| **2.2.**   State what the contract or lease is for and the nature of the debtor's interest   Manufacturing Agreement, dated February 29, 2016 Expiring: December 31, 2018<br><br>   State the term remaining<br>   List the contract number of any government contract | Schoeps Ice Cream Company,Inc. |
| **2.3.**   State what the contract or lease is for and the nature of the debtor's interest   Commercial Lease Agreement # E3558<br><br>   State the term remaining<br>   List the contract number of any government contract | Vend Lease Company, Inc.<br>8100 Sandpiper Circle, Ste 300<br>Baltimore, MD 21236 |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com

**Fill in this information to identify the case:**

Debtor name ____The Fresh Ice Cream Company LLC_____

United States Bankruptcy Court for the: ____EASTERN DISTRICT OF NEW YORK_____

Case number (if known) _____

☐ Check if this is an
   amended filing

## Official Form 206H
## Schedule H: Your Codebtors

12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the
Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of
creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule
on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing Address** | **Name** | *Check all schedules that apply:* |
| 2.1 | Cherry Tree Partners LLC | | FICC Lender, LLC | ■ D ___2.1___<br>☐ E/F _____<br>☐ G _____ |
| 2.2 | David Stein | | FICC Lender, LLC | ■ D ___2.1___<br>☐ E/F _____<br>☐ G _____ |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com

Best Case Bankruptcy

Fill in this information to identify the case:

Debtor name   The Fresh Ice Cream Company LLC

United States Bankruptcy Court for the:   EASTERN DISTRICT OF NEW YORK

Case number (if known)   _____

☐ Check if this is an
amended filing

## Official Form 207

## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy          04/16

**The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages,
write the debtor's name and case number (if known).**

### Part 1:    Income

1.  **Gross revenue from business**

    ☐ None.

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
|---|---|---|
| From the beginning of the fiscal year to filing date:<br>From  1/01/2017 to Filing Date | ■ Operating a business<br>☐ Other  _____ | $19,917.12 |
| For prior year:<br>From  1/01/2016 to 12/31/2016 | ■ Operating a business<br>☐ Other  _____ | $3,068,944.00 |
| For year before that:<br>From  1/01/2015 to 12/31/2015 | ■ Operating a business<br>☐ Other  _____ | $5,423,821.00 |

2.  **Non-business revenue**
    Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits,
    and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

    ■ None.

| | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
|---|---|---|

### Part 2:    List Certain Transfers Made Before Filing for Bankruptcy

3.  **Certain payments or transfers to creditors within 90 days before filing this case**
    List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before
    filing this case unless the aggregate value of all property transferred to that creditor is less than $6,425. (This amount may be adjusted on 4/01/19
    and every 3 years after that with respect to cases filed on or after the date of adjustment.)

    ☐ None.

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                                                                    Best Case Bankruptcy

Debtor   The Fresh Ice Cream Company LLC                                    Case number *(if known)*

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>Check all that apply |
|---|---|---|---|
| 3.1.   ACPBKI, LLC | 2/16/16 | $33,112.60 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other  Judgment executions |

**4. Payments or other transfers of property made within 1 year before filing this case that benefited any insider**

List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,425. (This amount may be adjusted on 4/01/19 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

■ None.

| Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|

**5. Repossessions, foreclosures, and returns**

List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

☐ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|
| Mendon Truck Leasing & Rental<br>362 Kingsland Avenue<br>Brooklyn, NY 11222 | 2010 Hino Refridgerator Truck | 1/13/17 | Unknown |

**6. Setoffs**

List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

**Part 3:   Legal Actions or Assignments**

**7. Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**

List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☐ None.

| Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|
| 7.1.   S.O.S. Capital Inc. v. David Stein, The Fresh Ice Cream Company LLC, Craft Collective and Steve's Ice Cream<br>500640/2017 | Collection | NYS Supreme Court, Kings County | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.2.   Kappel & Co., LLC v. The Fresh Ice Cream Company LLC<br>607052/2015 | Collection | NYS Supreme Court, Nassau County | ■ Pending<br>☐ On appeal<br>☐ Concluded |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                                                 Best Case Bankruptcy

Debtor    The Fresh Ice Cream Company LLC                              Case number *(if known)* _____

| Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|
| 7.3.  Richard A. Ball v. The Fresh Ice Cream Company LLC<br>900415/2015 | | NYS Supreme Court, Albany County | ☐ Pending<br>☐ On appeal<br>■ Concluded |
| 7.4.  Torbati v. The Fresh Ice Cream Company, LLC<br>SC124629 | | Superior Court of CA, County of LA | ☐ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.5.  Hudsonville Creamery & Ice Cream v. Craft Collective, Ltd, The Fresh Ice Cream Company, LLC d/b/a Steve's Ice Cream<br>17-4829-CB | Collection | State of MI, Circuit Court Ottawa County | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.6.  ACP BK I LLC v. Fresh Ice Cream Company<br>L&T 84963/2016 | Eviction | Civil Court of the City of NY, L&T | ☐ Pending<br>☐ On appeal<br>■ Concluded |

**8.  Assignments and receivership**
   List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

   ■ None

---

**Part 4:**    **Certain Gifts and Charitable Contributions**

**9.  List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

   ■ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

**Part 5:**    **Certain Losses**

**10.  All losses from fire, theft, or other casualty within 1 year before filing this case.**

   ■ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property).* | Dates of loss | Value of property lost |
|---|---|---|---|

**Part 6:**    **Certain Payments or Transfers**

**11.  Payments related to bankruptcy**
   List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

   ☐ None.

| Who was paid or who received the transfer?<br>Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                                                    Best Case Bankruptcy

Debtor    The Fresh Ice Cream Company LLC _____    Case number *(if known)* _____

| | Who was paid or who received the transfer? Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | Delbello Donnellan Weingarten Wise & Wiederkehr, LLP 1 North lexington Ave. 11th Fl White Plains, NY 10601 | | 1/26/2017 - $13,474.09 2/14/17 - $11,525.91 | $25,000.00 |
| | **Email or website address** www.ddw-law.com | | | |
| | **Who made the payment, if not debtor?** | | | |

**12. Self-settled trusts of which the debtor is a beneficiary**
List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

**13. Transfers not already listed on this statement**
List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

■ None.

| Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|

**Part 7:   Previous Locations**

**14. Previous addresses**
List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☐ Does not apply

| | Address | Dates of occupancy From-To |
|---|---|---|
| 14.1. | 630 Flushing Avenue 4th Floor Brooklyn, NY 11206 | March, 2012 - November, 2016 |

**Part 8:   Health Care Bankruptcies**

**15. Health Care bankruptcies**
Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

■ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

**Part 9:   Personally Identifiable Information**

| Debtor | The Fresh Ice Cream Company LLC | Case number *(if known)* | |
|---|---|---|---|

**16. Does the debtor collect and retain personally identifiable information of customers?**

■ No.
☐ Yes. State the nature of the information collected and retained.

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

■ No. Go to Part 10.
☐ Yes. Does the debtor serve as plan administrator?

**Part 10:   Certain Financial Accounts, Safe Deposit Boxes, and Storage Units**

**18. Closed financial accounts**
Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

■ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|

**19. Safe deposit boxes**
List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

■ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Do you still have it? |
|---|---|---|---|

**20. Off-premises storage**
List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

☐ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Do you still have it? |
|---|---|---|---|
| UHAUL<br>4th Avenue/ 6th Street<br>Brooklyn, NY | David Stein | Misc. Office Furniture | ☐ No<br>■ Yes |
| Hanson | Hansen employees | Finished products | ☐ No<br>■ Yes |
| IWI | IWI employees | Finished products | ☐ No<br>■ Yes |
| Americold | Americold employees | Finished products | ☐ No<br>■ Yes |

**Part 11:   Property the Debtor Holds or Controls That the Debtor Does Not Own**

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                Best Case Bankruptcy

| Debtor | The Fresh Ice Cream Company LLC | Case number *(if known)* | |
|---|---|---|---|

**21. Property held for another**
List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

■ None

---

**Part 12:    Details About Environment Information**

For the purpose of Part 12, the following definitions apply:

*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

**22. Has the debtor been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

■ No.
☐ Yes. Provide details below.

| Case title<br>Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

**23. Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**24. Has the debtor notified any governmental unit of any release of hazardous material?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

---

**Part 13:    Details About the Debtor's Business or Connections to Any Business**

**25. Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

■ None

| Business name address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed |
|---|---|---|

**26. Books, records, and financial statements**
26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.
☐ None

| Name and address | Date of service<br>From-To |
|---|---|

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

Debtor    The Fresh Ice Cream Company LLC                                Case number *(if known)*

| Name and address | Date of service From-To |
|---|---|
| 26a.1.   Kappel & Co., LLC<br>21 Morris Avenue<br>Rockville Centre, NY 11570 | 2011- 2013 |
| 26a.2.   Anchin Block & Anchin LLP<br>1375 Broadway<br>New York, NY 10028 | 2014 - present |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

■ None

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

■ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☐ None

| Name and address |
|---|
| 26d.1.    Shareholders |

27. **Inventories**
Have any inventories of the debtor's property been taken within 2 years before filing this case?

■ No
☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|

28. **List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| David Stein | | Manager and Chief Executive Officer | |

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

☐ No
■ Yes. Identify below.

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|
| Forbes Fisher | | President and COO | January 2010 to April 2016 |

Debtor   The Fresh Ice Cream Company LLC                                Case number *(if known)*

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|------|---------|-------------------------------------|---------------------------------------------------|
| Chuck Green | | Chief Development Officer<br>Chief Executive Officer | September 2015<br>October, 2015 - April, 2016 |

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|------|---------|-------------------------------------|---------------------------------------------------|
| Gordon Livingstone | | Chief Financial Officer | February, 2015 - January, 2017 |

30. **Payments, distributions, or withdrawals credited or given to insiders**
Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No

■ Yes. Identify below.

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|------|------|------|------|
| 30.1. | David Stein | $46,153.80 compensation<br>$23,696.96 expense reimbursement | 2016 | |
| | **Relationship to debtor**<br>CEO | | | |
| 30.2. | Forbes Fisher | $30,350.87 compensation<br>$40,245.83 unknown | 2016 | |
| | **Relationship to debtor**<br>COO | | | |
| 30.3. | Gordon Livingstone | $106,129.33 | 2016 | Compensation |
| | **Relationship to debtor**<br>CFO/ Director of Finance | | | |
| 30.4. | Chuck Green | $77,909.65 | 2016 | Compensation |
| | **Relationship to debtor**<br>CDO | | | |

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

■ No

☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|
| | |

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

■ No

☐ Yes. Identify below.

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

| Debtor | The Fresh Ice Cream Company LLC | Case number *(if known)* | |
|---|---|---|---|

| **Name of the parent corporation** | **Employer Identification number of the parent corporation** |
|---|---|

---

**Part 14:** Signature and Declaration

---

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    February 17, 2017

/s/ David Stein
Signature of individual signing on behalf of the debtor

David Stein
Printed name

Position or relationship to debtor    Managing Member

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
■ No
☐ Yes

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
### Eastern District of New York

In re    The Fresh Ice Cream Company LLC
_____    Case No. _____
                                    Debtor(s)    Chapter    11

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.  Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that
    compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to
    be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

    For legal services, I have agreed to accept ........................................    $ _____ 25,000.00

    Prior to the filing of this statement I have received ......................    $ _____ 25,000.00

    Balance Due ...............................................................................    $ _____ 0.00

2.  $ __1,717.00__ of the filing fee has been paid.

3.  The source of the compensation paid to me was:

    ■ Debtor    ☐ Other (specify):

4.  The source of compensation to be paid to me is:

    ■ Debtor    ☐ Other (specify):

5.  ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

    ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm.  A
       copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

6.  In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

    a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
    b.  Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
    c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
    d.  Representation of the debtor in adversary proceedings and other contested bankruptcy matters;
    e.  [Other provisions as needed]

7.  By agreement with the debtor(s), the above-disclosed fee does not include the following service:

---

### CERTIFICATION

    I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in
this bankruptcy proceeding.

    February 17, 2017
    _____          /s/ Jonathan S. Pasternak
    *Date*                                    Jonathan S. Pasternak
                                              *Signature of Attorney*
                                              DelBello Donnellan Weingarten Wise & Wiederkehr, LLP
                                              One North Lexington Avenue
                                              White Plains, NY 10601
                                              (914) 681-0200   Fax: (914) 684-0288
                                              *Name of law firm*

---

# United States Bankruptcy Court
## Eastern District of New York

In re    The Fresh Ice Cream Company LLC                    Case No. _____
                                           Debtor(s)        Chapter    11

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| Aditya Bhavnani<br>376 Broadway Apt. 2B<br>New York, NY 10013 | Class A Preferred | 16,000 | |
| Andrew R. Jones<br>c/o North Star Partners<br>274 Riverside Avenue<br>Westport, CT 06880 | Class A Preferred | 1,856,107 | |
| Andrew Weissman<br>47 Plaza Street W 3C<br>Brooklyn, NY 11217 | Class A Preferred | 16,000 | |
| Antionette F. Segretto<br>243 Riverdale Dr.<br>Fort Lee, NJ 07024 | Class A Preferred | 24,000 | |
| Blake Sutcliffe | Class A Preferred | 484,533 | |
| Casey Hammontree<br>35 Mountain Orchard Path<br>Signal Mountain, TN 37377 | Class A Preferred | 30,240 | |
| Cherry Tree Partners | Class A Common | 3,970,000 | |
| Cherry Tree Partners | Class A Preferred | 607,605 | |
| Crawford Capital Partners | Class A Preferred | 100,799 | |
| D-Mark Holdings LLC | Class A Common | 200,000 | |
| Dan Ozizmir<br>85 Club Road<br>Riverside, CT 06878 | Class A Preferred | 320,000 | |
| Daniel Rudd | Class A Preferred | 53,333 | |
| Daniel/ Michael Starr | Class A Common | 416,000 | |

Sheet 1 of 5 in List of Equity Security Holders

In re:    The Fresh Ice Cream Company LLC              Case No. _____
                                      Debtor(s)

## LIST OF EQUITY SECURITY HOLDERS
### (Continuation Sheet)

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| David Yen<br>8F., No. 34, Lane 32<br>Guang Fu South Road, Taipei<br>Taiwan (Republic of China) | Class A<br>Preferred | 16,000 | |
| Derek Russell<br>77 Matthews Street<br>Binghamton, NY 13905 | Class A<br>Preferred | 51,434 | |
| Donald Pierce<br>110 Madison Avenue<br>New York, NY 10028 | Class A<br>Preferred | 21,333 | |
| Fillgree & Hedgerow LLC | Class A<br>Common | 480,000 | |
| Frank Falco<br>11 Ridge Drive<br>Port Washington, NY 11050 | Class A<br>Preferred | 20,000 | |
| Glaclaire LLC | Class A<br>Common | 200,000 | |
| GTJ Investments LLC | Class A<br>Common | 576,000 | |
| GTJ Investments LLC | Class A<br>Preferred | 173,867 | |
| Harpreet Holly Singh<br>50 Murray Street Apt 716<br>New York, NY 10007 | Class A<br>Preferred | 32,000 | |
| Hawk Family, LP | Class A<br>Preferred | 20,000 | |
| IRA Services Trust Co CFB<br>Richard Jacinto II Roth IRA<br>1160 Industrial Rd. ste 1<br>San Carlos, CA 94070 | Class A<br>Preferred | 712,592 | |
| James Burnett<br>2454 E. River Road,<br>Priest River, ID 83856 | Class A<br>Preferred | 40,000 | |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com            Best Case Bankruptcy

In re:  The Fresh Ice Cream Company LLC _____     Case No. _____
                                    Debtor(s)

## LIST OF EQUITY SECURITY HOLDERS
### (Continuation Sheet)

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| James Koniuto<br>5329 Miles Avenue<br>Oakland, CA 94618 | Class A<br>Preferred | 50,724 | |
| Jared Joyce-Schleimer<br>10 Liberty Street, Apt. 14E<br>New York, NY 10005 | Class A<br>Preferred | 16,000 | |
| Jay Prasad<br>1107 Meadowbrook Dr<br>Aurora, IL 60504 | Class A<br>Preferred | 16,000 | |
| John Gallagher<br>204 West 81st Street, Apt. 41<br>New York, NY 10024-3000 | Class A<br>Common | 576,000 | |
| John Gallagher<br>204 West 81st Street, Apt. 41<br>New York, NY 10024-3000 | Class A<br>Preferred | 101,066 | |
| John Liporace<br>21 W. 9th Street, #4<br>New York, NY 10011 | Class A<br>Preferred | 40,000 | |
| Joshua Freeland<br>21 W. 9th Street, #4<br>New York, NY 10011 | Class A<br>Preferred | 32,000 | |
| Ken Bruder<br>40 West 67th Street, Apt 7A<br>New York, NY 10023 | Class A<br>Preferred | 32,000 | |
| Kimberly S. Parker | Class A<br>Preferred | 40,000 | |
| Lee Bearsch | Class A<br>Preferred | 131,311 | |
| Mark McCarron<br>254 Elizabeth Street<br>New York, NY 10012 | Class A<br>Preferred | 16,000 | |
| Matt Kendrall<br>32 SE 2nd Ave., Apt 547<br>Delray Beach, FL 33444 | | 16,000 | |

List of equity security holders consists of 5 total page(s)

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                                        Best Case Bankruptcy

In re:  The Fresh Ice Cream Company LLC _____     Case No. _____
                                                    _____
                                                    Debtor(s)

## LIST OF EQUITY SECURITY HOLDERS
### (Continuation Sheet)

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| Mohit Bathija | Class A Preferred | 53,333 | |
| Nicholas Miller 309 W. 78th Street, Apt. 6 New York, NY 10024 | Class A Preferred | 21,333 | |
| Nishant Saxena 464 West 44th Street, Apt 2F New York, NY 10036 | Class A Preferred | 53,333 | |
| Peter Schweinfurth 40 Indian Head Rd Riverside, CT 06878 | Class A Preferred | 1,045,612 | |
| Peter Sutcliffe 1115 New Boston Road Francestown, NH 03043 | Class A Preferred | 274,933 | |
| Prashant Radhakrishnan 310 Greenwich St., Apt 31k New York, NY 10013 | Class A Preferred | 32,000 | |
| Richard Kane | Class A Preferred | 53,333 | |
| Robert Dahl 83 Recksland Road Greenwich, CT 06831 | Class A Preferred | 106,667 | |
| Robert Duffy 1 St. Nicholas Rd. Darien, CT 06820 | Class A Preferred | 16,000 | |
| Rushabh Dosh | Class A Preferred | 32,000 | |
| Shabad Thadani c/o:  Aditya Bhavnani 376 Broadway, Apt. 2B New York, NY 10013 | Class A Preferred | 24,000 | |
| Stanley Yee | Class A Preferred | 12,797 | |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

In re:  The Fresh Ice Cream Company LLC
_____
                                    Debtor(s)

Case No. _____

# LIST OF EQUITY SECURITY HOLDERS
### (Continuation Sheet)

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| Stephen Leahy<br>373 Collins Avenue<br>Miami Beach, FL 33140 | Class A<br>Common | 416,000 | |
| Stephen Leahy<br>373 Collins Avenue<br>Miami Beach, FL 33140 | Class A<br>Preferred | 128,661 | |
| Stephen Tokos | Class A<br>Preferred | 40,000 | |
| Sudip Thakor | Class A<br>Preferred | 213,333 | |
| Todd Arden<br>475 Broadway, Apt. 2E<br>New York, NY 10013 | Class A<br>Common | 416,000 | |
| Todd Arden<br>475 Broadway, Apt. 2E<br>New York, NY 10013 | Class A<br>Preferred | 128,015 | |
| Will Hoeg<br>2029 Queen Avenue South<br>Minneapolis, MN 55405 | Class A<br>Preferred | 20,000 | |
| Zachary Aarons<br>211 Carlton Ave,<br>Brooklyn, NY 11205 | Class A<br>Preferred | 25,200 | |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the Managing Member of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date   February 17, 2017
_____

Signature   /s/ David Stein
_____
                David Stein

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

# United States Bankruptcy Court
### Eastern District of New York

In re    The Fresh Ice Cream Company LLC

Debtor(s)

Case No.

Chapter    11

# VERIFICATION OF CREDITOR MATRIX

The above named debtor(s) or attorney for the debtor(s) hereby verify that the attached matrix (list of creditors) is true and correct to the best of their knowledge.

Date:    February 17, 2017

/s/ David Stein
David Stein/Managing Member
Signer/Title

Date:    February 17, 2017

/s/ Jonathan S. Pasternak
Signature of Attorney
Jonathan S. Pasternak
DelBello Donnellan Weingarten Wise & Wiederkehr, LLP
One North Lexington Avenue
White Plains, NY 10601
(914) 681-0200   Fax: (914) 684-0288

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com

Best Case Bankruptcy

5 Star Demonstrations LLC
PO Box 91
Paramus, NJ 07653


ACP BK 1 LLC
630 Flushing Avenue
Brooklyn, NY 11206


Albert D. Bolles
1104 W. Watling Street
Arlington Heights, IL 60004


Americold
c/o Alliance Midwest, LLC
PO Box 2810
Matthews, NC 28106


Anchin Block & Anchin LLP
1375 Broadway
New York, NY 10028


Andrew F. Blumenthal, Esq.
250 West 57th Street
Suite 1619
New York, NY 10107


Andrew R. Jones
c/o North Star Partners
274 Riverside Avenue
Westport, CT 06880


Anthony D. Cardone
P.O. Box 269
Port Washington, NY 11050


Black and Black Creative LLC
526 West 26th Street
Brooklyn, NY 11211


Bradley and Kimberly Walters
P.O. Box 183
Bemus Point, NY 14712

Brand Equity Partners, LLC
40 Indian Head Road
Riverside, CT 06878


Carmi Flavors & Fragrances
6030 Scott Way
Los Angeles, CA 90040


Cherry Tree Partners LLC


Chinook Book
1410 62nd Street
Suite E
Emeryville, CA 94608


Dan Ozizmir
85 Club Road
Riverside, CT 06878


David Lebous


David Stein


Edmund Bingham
16 Ridge Road #2
Glen Cove, NY 11542


F.E. Jones, Inc.


Farrell Fritz
1320 RXR Plaza
Uniondale, NY 11556-1320


FICC Lender, LLC
c/o Andrew Jones
4 Compo Parkway
Westport, CT 06880

Force Brands LLC
6 Harrison Street
6th Floor
New York, NY 10013


Franklin, Gringer & Cohen PC
666 Old Country Road
Sutie 202
Garden City, NY 11530


Galileo Global Branding Group
700 Fairfield Avenue
Stamford, CT 06902-7526


Gerard Tucci


Giannuzzi Group LLP
411 West 14th Street
4th FLoor
New York, NY 10014


Gordon Livingstone


Grady's Cold Brew
150 Banker Street
Brooklyn, NY 11222


Grant, Genovese & Baratta LLP
Wells Fargo Bank Building
2030 Main Street, Suite 1600
Irvine, CA 92614


GS1 US
1009 Lenox Drive
Suite 202
Lawrence Township, NJ 08648


GTI Designs Inc.
35 Trade Zone Court
Ronkonkoma, NY 11779

Hanson Transportation Mngmt
PO Box 771878
Detroit, MI 48277


Howard and Ruth Buschman


Howard Berman


Hudsonville Ice Cream
345 East 48th Street
Suite 200
Holland, MI 49423


Hutt Trucking Co., Inc.
1362 Lincoln Avenue
Holland, MI 49423


Internal Revenue Service
PO Box 7346
Philadelphia, PA 19101-7346


Interstate Warehousing
700 Bartram Parkway
Franklin, IN 46131


IRA Services Trust Co CFBO
Richard Jacinto II Roth IRA
394 Saddle Back Trail
Franklin Lakes, NJ 17417


Island Container Corp.
44 Island Container Plaza
Wyandanch, NY 11798


Jared Joyce-Schleimer


Jennifer Curinga

John F. Horvath
Horvath & Weaver PC
10 E. LaSalle Street
Se 1600
Chicago, IL 60603


John LeSauvage


Jonathan Y. Sue, PLLC
303 Fifth Avenue
Suite 1302
New York, NY 10016


Kappel & Co., LLC
21 Morris Avenue
Rockville Centre, NY 11570


Kasowitz Benson et. al.
1633 Broadway
New York, NY 10019


Kevin M. Sisson
5967 Bryn Brooke Drive
Raleigh, NC 27614


Kof-K
201 The Plaza
Teaneck, NJ 07666


Levitt LLP
129 Front Street
Mineola, NY 11501


Madecasse
630 Flushing Avenue
Brooklyn, NY 11206


Martin and Mary Smith
12 Chadwick Road
Binghamton, NY 13903


McCarthy Burgess & Wolff
26000 Cannon Road
Bedford, OH 44146

Mendon Truck Leasing & Rental
362 Kingsland Avenue
Brooklyn, NY 11222


Michael and Latrice Colsten


Michael Peters


Michael Venuti


National Marketshare Group
2155 West 8th Street
Cincinnati, OH 45204


New Seasons Market
1300 SE Stark Street
Portland, OR 97214


Nicki Briggs, LLC
365 Dean Street #1
Brooklyn, NY 11206


NYC Corporation Counsel
Bankruptcy Lit Division
100 Church St. #5-240
New York, NY 10007


NYC Dept. of Finance
attn: Legal Affairs
345 Adams St., 3rd Flr
Brooklyn, NY 11201


NYS Dept. Tax & Finane
Office of Counsel
15 Metro Tech Centre 5th
Brooklyn, NY 11201


NYS Unemployment
Insurnace Fund
P.O. Box 4301
Binghamton, NY 13902-4301

Office of the U.S. Truste
US Federal Office Buildin
201 Varick Street, Ste 10
New York, NY 10014


PCC Natural Markets
3131 Elliot Avenue
Suite 500
Seattle, WA 98121


Peter Marino


Polar Crossing Cold Storage
3300 E. Veterans Mem. Hwy
Bohemia, NY 11716


Polar Tech Industries
415 Railroad Avenue
Genoa, IL 60135


PSEG 0010-96-06
80 Mark Plaza
PO Box 570
Newark, NJ 07101


Quality Films Co, Inc.
401 Park Avenue
Brooklyn, NY 11205


S.O.S. Capital, Inc.
540 Madison AVenue
New York, NY 10022


Salans
c/o Dentons US LLP
4520 Main Street, Suite 1100
Kansas City, MO 64111-7700


Schoep's Ice Cream Inc.
P.O. Box 3249
Madison, WI 53704


Schoeps Ice Cream Company,Inc.

Sea Box Inc.
1 Sea Box Drive
Riverton, NJ 08077


Security Exchange Commiss
NY Regional Office
200 Vesey St., Suite 400
New York, NY 10281


Shipman & Goodwin LLP
300 Atlantic St. 3rd Flr
attn: Kent Nevins, Esq.
Stamford, CT 06901-3522


SMAKK Studios
181 N 11th Street
Sutie 207
Brooklyn, NY 11211


Southern Tier Assoc.
of Construction Contractors


Spins LLC
222 W. Hubbard Street
Suite 300
Chicago, IL 60654


SRSJ Group, Inc.
c/o Susan Malina
7773 Gold Lenox Cove
Lake Worth, FL 33467


Stephen W. Leahy
6515 Collins Avenue, #1805
Miami Beach, FL 33141


Steven T. Buquicchio
Varnum LLP
Bridgewater Place
PO Box 352
Grand Rapids, MI 49501-0352


Stoltzfus Truck Brokerage, Inc
30 Slaymaker Hill Road
Kinzers, PA 17535

Taza Chocolate
561 Windsor Street
Somerville, MA 02143


The Peter W. Sutcliffe
Revocable Trust of 2008
1115 New Boston Road
Francestown, NH 03043


Torbati
c/o Label Choices
1450 2nd Street
Santa Monica, CA 90401


United States Attorneys O
86 Chambers Street 3rd Fl
Bankruptcy Claims unit
New York, NY 10007


Universal Marketing Services
340 E. Dania Beach Blvd.
Dania, FL 33004


Utica National Insurance
PO Box 530
Utica, NY 13503-0530


Varnum LLP/ Steven Buqucchio
333 Bridge Street NW
Bridgewater Place, PO Box 352
Grand Rapids, MI 49501


Vend Lease Company, Inc.
8100 Sandpiper Circle, Ste 300
Baltimore, MD 21236


White and Williams LLP
7 Times Square
Suite 2900
New York, NY 10036


Wilkie Farr & Gallagher
787 Seventh Avenue
New York, NY 10019-6099

# United States Bankruptcy Court
### Eastern District of New York

In re    The Fresh Ice Cream Company LLC

Debtor(s)

Case No.

Chapter    11

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   The Fresh Ice Cream Company LLC   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

February 17, 2017

Date

/s/ Jonathan S. Pasternak

Jonathan S. Pasternak

Signature of Attorney or Litigant

Counsel for    The Fresh Ice Cream Company LLC

DelBello Donnellan Weingarten Wise & Wiederkehr, LLP

One North Lexington Avenue
White Plains, NY 10601
(914) 681-0200 Fax:(914) 684-0288

## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF NEW YORK

## STATEMENT PURSUANT TO LOCAL
## BANKRUPTCY RULE 1073-2(b)

**DEBTOR(S):**   The Fresh Ice Cream Company LLC                    **CASE NO.:** _____

Pursuant to Local Bankruptcy Rule 1073-2(b), the debtor *(or any other petitioner)* hereby makes the following disclosure concerning Related Cases, to the petitioner's best knowledge, information and belief:

[NOTE: Cases shall be deemed "Related Cases" for purposes of E.D.N.Y. LBR 1073-1 and E.D.N.Y. LBR 1073-2 if the earlier case was pending at any time within eight years before the filing of the new petition, and the debtors in such cases: (i) are the same; (ii) are spouses or ex-spouses; (iii) are affiliates, as defined in 11 U.S.C. § 101(2); (iv) are general partners in the same partnership; (v) are a partnership and one or more of its general partners; (vi) are partnerships which share one or more common general partners; or (vii) have, or within 180 days of the commencement of either of the Related Cases had, an interest in property that was or is included in the property of another estate under 11 U.S.C. § 541(a).]

■ NO RELATED CASE IS PENDING OR HAS BEEN PENDING AT ANY TIME.

☐ THE FOLLOWING RELATED CASE(S) IS PENDING OR HAS BEEN PENDING:

1. CASE NO.:_____   JUDGE:_____   DISTRICT/DIVISION:_____

CASE STILL PENDING (Y/N):_____          [*If closed*] Date of closing:_____

   CURRENT STATUS OF RELATED CASE: _____
                                        (Discharged/awaiting discharge, confirmed, dismissed, etc.)

   MANNER IN WHICH CASES ARE RELATED (*Refer to NOTE above*): _____

REAL PROPERTY LISTED IN DEBTOR'S SCHEDULE "A" ("REAL PROPERTY") WHICH WAS ALSO LISTED IN
SCHEDULE "A" OF RELATED CASE: _____

2. CASE NO.:_____   JUDGE:_____   DISTRICT/DIVISION:_____

CASE STILL PENDING (Y/N):_____          [*If closed*] Date of closing:_____

   CURRENT STATUS OF RELATED CASE: _____
                                        (Discharged/awaiting discharge, confirmed, dismissed, etc.)

   MANNER IN WHICH CASES ARE RELATED (*Refer to NOTE above*): _____

REAL PROPERTY LISTED IN DEBTOR'S SCHEDULE "A" ("REAL PROPERTY") WHICH WAS ALSO LISTED IN
SCHEDULE "A" OF RELATED CASE: _____

3. CASE NO.:_____   JUDGE:_____   DISTRICT/DIVISION:_____

CASE STILL PENDING (Y/N):_____          [*If closed*] Date of closing:_____

(OVER)

DISCLOSURE OF RELATED CASES (cont'd)

CURRENT STATUS OF RELATED CASE: _____
(Discharged/awaiting discharge, confirmed, dismissed, etc.)

MANNER IN WHICH CASES ARE RELATED *(Refer to NOTE above)*: _____

REAL PROPERTY LISTED IN DEBTOR'S SCHEDULE "A" ("REAL PROPERTY") WHICH WAS ALSO LISTED IN
SCHEDULE "A" OF RELATED CASE: _____

*NOTE:* Pursuant to 11 U.S.C. § 109(g), certain individuals who have had prior cases dismissed within the preceding 180 days may not
be eligible to be debtors. Such an individual will be required to file a statement in support of his/her eligibility to file.

TO BE COMPLETED BY DEBTOR/PETITIONER'S ATTORNEY, AS APPLICABLE:

I am admitted to practice in the Eastern District of New York (Y/N): ___Y___

CERTIFICATION (to be signed by pro se debtor/petitioner or debtor/petitioner's attorney, as applicable):

I certify under penalty of perjury that the within bankruptcy case is not related to any case now pending or pending at any time, except
as indicated elsewhere on this form.

/s/ Jonathan S. Pasternak
_____              _____
Jonathan S. Pasternak
Signature of Debtor's Attorney                Signature of Pro Se Debtor/Petitioner
DelBello Donnellan Weingarten Wise & Wiederkehr, LLP
One North Lexington Avenue
White Plains, NY 10601                        _____
(914) 681-0200 Fax:(914) 684-0288            Signature of Pro Se Joint Debtor/Petitioner

                                              _____
                                              Mailing Address of Debtor/Petitioner

                                              _____
                                              City, State, Zip Code

                                              _____
                                              Area Code and Telephone Number

Failure to fully and truthfully provide all information required by the E.D.N.Y. LBR 1073-2 Statement may subject the debtor or any
other petitioner and their attorney to appropriate sanctions, including without limitation conversion, the appointment of a trustee or the
dismissal of the case with prejudice.

NOTE: Any change in address must be reported to the Court immediately IN WRITING. Dismissal of your petition may otherwise
result.

## United States Bankruptcy Court
### Southern District of New York

In re    The Fresh Ice Cream Company LLC                 Case No. _____

                                         Debtor(s)            Chapter    11 _____

# STATEMENT REGARDING AUTHORITY TO SIGN AND FILE PETITION

I, David Stein, declare under penalty of perjury that I am the Managing Member of  The Fresh Ice Cream Company LLC, and that the following is a true and correct copy of the resolutions adopted by the Board of Directors of said corporation at a special meeting duly called and held on the 17th day of February, 2017.

"Whereas, it is in the best interest of this corporation to file a voluntary petition in the United States Bankruptcy Court pursuant to Chapter 11 of Title 11 of the United States Code;

Be It Therefore Resolved, that David Stein, Managing Member of this Corporation, is authorized and directed to execute and deliver all documents necessary to perfect the filing of a chapter 11 voluntary bankruptcy case on behalf of the corporation; and

Be It Further Resolved, that David Stein, Managing Member of this Corporation is authorized and directed to appear in all bankruptcy proceedings on behalf of the corporation, and to otherwise do and perform all acts and deeds and to execute and deliver all necessary documents on behalf of the corporation in connection with such bankruptcy case, and

Be It Further Resolved, that David Stein, Managing Member of this Corporation is authorized and directed to employ Jonathan S. Pasternak, attorney and the law firm of DelBello Donnellan Weingarten Wise & Wiederkehr, LLP to represent the corporation in such bankruptcy case."

Date   February 17, 2017                   Signed   /s/ David Stein

                                                    David Stein

Resolution of Board of Directors
of
The Fresh Ice Cream Company LLC


Whereas, it is in the best interest of this corporation to file a voluntary petition in the the United States Bankruptcy Court pursuant to Chapter 11 of Title 11 of the United States Code;

Be It Therefore Resolved, that David Stein, Managing Member of this Corporation, is authorized and directed to execute and deliver all documents necessary to perfect the filing of a chapter 11 voluntary bankruptcy case on behalf of the corporation; and

Be It Further Resolved, that David Stein, Managing Member  of this Corporation is authorized and directed to appear in all bankruptcy proceedings on behalf of the corporation, and to otherwise do and perform all acts and deeds and to execute and deliver all necessary documents on behalf of the corporation in connection with such bankruptcy case, and

Be It Further Resolved, that David Stein, Managing Member of this Corporation is authorized and directed to employ Jonathan S. Pasternak, attorney and the law firm of DelBello Donnellan Weingarten Wise & Wiederkehr, LLP to represent the corporation in such bankruptcy case.

Date  February 17, 2017 _____     Signed   /s/ David Stein _____