# EXHIBIT "C"

# Craft Collective
## Balance Sheet
### As of November 9, 2016

|  | QuickBooks | Adj's | Nov 9, 16 |
|---|---:|---:|---:|
| **ASSETS** | | | |
| **Current Assets** | | | |
|   Checking/Savings | | | |
|     1000 · BANK & CASH | | | |
|       1001 · Chase Operating (x1611) | 241,613.23 | -230,836.72 | 10,776.51 |
|       1002 · Chase Payroll Account (x0959) | 17,151.57 | -17,090.27 | 61.30 |
|     Total 1000 · BANK & CASH | 258,764.80 | -247,926.99 | 10,837.81 |
|   Total Checking/Savings | 258,764.80 | -247,926.99 | 10,837.81 |
|   Accounts Receivable | | | |
|     1100 · ACCOUNTS RECEIVABLE | 301,947.11 | -50,000.00 | 251,947.11 |
|   Total Accounts Receivable | 301,947.11 | -50,000.00 | 251,947.11 |
|   Other Current Assets | | | |
|     1300 · INVENTORY | | | |
|       1301 · INVENTORY LISTING | | | |
|         1310 · RAW MATERIALS | | | |
|           1312 · Inclusions & Variegates | 2,106.92 | -2,106.92 | 0.00 |
|         Total 1310 · RAW MATERIALS | 2,106.92 | -2,106.92 | 0.00 |
|         1350 · FINISHED GOODS | | | |
|           1351 · Pints | 224,328.98 | 166,110.02 | 390,439.00 |
|           1380 · Holbrook Finished Pints | -120,872.71 | 120,872.71 | 0.00 |
|         Total 1350 · FINISHED GOODS | 103,456.27 | 286,982.73 | 390,439.00 |
|       Total 1301 · INVENTORY LISTING | 105,563.19 | 284,875.81 | 390,439.00 |
|       1390 · OTHER INVENTORY | | | |
|         1391 · Advance Inventory | 266,428.71 | -266,428.71 | 0.00 |
|       Total 1390 · OTHER INVENTORY | 266,428.71 | -266,428.71 | 0.00 |
|     Total 1300 · INVENTORY | 371,991.90 | 18,447.10 | 390,439.00 |
|     1400 · OTHER CURRENT ASSETS | | | |
|       1401 · Prepayments & Accrued Income | 22,987.90 | -19,039.98 | 3,947.92 |
|       1402 · Employee Loans | 2,000.00 | -2,000.00 | 0.00 |
|       1403 · Security Deposit | 11,489.48 | | 11,489.48 |
|     Total 1400 · OTHER CURRENT ASSETS | 36,477.38 | -21,039.98 | 15,437.40 |
|   Total Other Current Assets | 408,469.28 | -2,592.88 | 405,876.40 |
| **Total Current Assets** | 969,181.19 | -300,519.87 | 668,661.32 |
| **Fixed Assets** | | | |
|   1600 · FIXED ASSETS | | | |
|     1610 · LAND & BUILDINGS | | | |
|       1612 · Buildings & Leasehold Improv | 100,628.00 | 0.00 | 100,628.00 |
|       1712 · Depreciation - Buildings | -31,865.54 | -5,869.96 | -37,735.50 |
|     Total 1610 · LAND & BUILDINGS | 68,762.46 | -5,869.96 | 62,892.50 |
|     1630 · PLANT & MACHINERY | | | |
|       1631 · Plant Equipment | 323,555.00 | 0.00 | 323,555.00 |
|       1632 · Store Equipment | 180,407.52 | 0.00 | 180,407.52 |
|       1731 · Depreciation - Plant | -123,361.81 | -26,962.94 | -150,324.75 |
|       1732 · Depreciation - Store | -60,317.94 | -15,033.95 | -75,351.89 |
|     Total 1630 · PLANT & MACHINERY | 320,282.77 | -41,996.89 | 278,285.88 |

9:54 AM
11/09/16
Accrual Basis

# Craft Collective
## Balance Sheet
### As of November 9, 2016

|  | QuickBooks | Adj's | Nov 9, 16 |
|---|---|---|---|
| **1640 · FIXTURES & FITTINGS** | | | |
| 1641 · Office Furniture | 32,483.62 | -133.62 | 32,350.00 |
| 1741 · Depreciation - Office Furniture | -12,654.47 | -2,695.83 | -15,350.30 |
| **Total 1640 · FIXTURES & FITTINGS** | 19,829.15 | -2,829.45 | 16,999.70 |
| **1650 · TECHNOLOGY** | | | |
| 1651 · Computer Hardware | 22,984.56 | 0.00 | 22,984.56 |
| 1652 · Website Development | 49,587.99 | -37.99 | 49,550.00 |
| 1751 · Depreciation - Computers | -9,962.49 | -2,681.52 | -12,644.01 |
| 1752 · Depreciation - Website | -43,800.00 | -1,750.00 | -45,550.00 |
| **Total 1650 · TECHNOLOGY** | 18,810.06 | -4,469.51 | 14,340.55 |
| **Total 1600 · FIXED ASSETS** | 427,684.44 | -55,165.81 | 372,518.63 |
| **Total Fixed Assets** | 427,684.44 | -55,165.81 | 372,518.63 |
| **Other Assets** | | | |
| **1800 · INTANGIBLE ASSETS** | | | |
| **1830 · INTELLECTUAL PROPERTY** | | | |
| 1831 · Steve's Trademark | 50,896.31 | 0.00 | 50,896.31 |
| 1832 · Legal Fees, Non-Amortizable | 96,158.29 | 0.00 | 96,158.29 |
| **1833 · AMORTIZABLE ASSETS (NET)** | | | 0.00 |
| 1833-1 · Legal Fees, Amortizable | 27,348.00 | 0.00 | 27,348.00 |
| 1833-2 · Amortization on Legal Fees | -3,420.31 | -1,063.53 | -4,483.84 |
| **Total 1833 · AMORTIZABLE ASSETS (NET)** | 23,927.69 | -1,063.53 | 22,864.16 |
| **Total 1830 · INTELLECTUAL PROPERTY** | 170,982.29 | -1,063.53 | 169,918.76 |
| **Total 1800 · INTANGIBLE ASSETS** | 170,982.29 | -1,063.53 | 169,918.76 |
| **Total Other Assets** | 170,982.29 | -1,063.53 | 169,918.76 |
| **TOTAL ASSETS** | **1,567,847.92** | **-356,749.21** | **1,211,098.71** |
| **LIABILITIES & EQUITY** | | | |
| **Liabilities** | | | |
| **Current Liabilities** | | | |
| **Accounts Payable** | | | |
| 2000 · ACCOUNTS PAYABLE | 1,406,259.14 | 124,769.45 | 1,531,028.59 |
| **Total Accounts Payable** | 1,406,259.14 | 124,769.45 | 1,531,028.59 |
| **Credit Cards** | | | |
| **2100 · CREDIT CARDS** | | | |
| 2101 · American Express_Corporate | -5,211.99 | 5,211.99 | 0.00 |
| 2102 · American Express_Platinum | 1,039.95 | -1,039.95 | 0.00 |
| **Total 2100 · CREDIT CARDS** | -4,172.04 | 4,172.04 | 0.00 |
| **Total Credit Cards** | -4,172.04 | 4,172.04 | 0.00 |
| **Other Current Liabilities** | | | |
| **2300 · OTHER CURRENT LIABILITIES** | | | |
| **2310 · PAYROLL** | | | |
| **2320 · Employee Payroll Reconciliation** | | | |
| 2320-01 · David Stein | -42,919.19 | 42,919.19 | 0.00 |
| 2320-02 · Forbes Fisher | -12,197.06 | 12,197.06 | 0.00 |
| 2320-04 · Howard Berman | 58.84 | -58.84 | 0.00 |
| 2320-07 · Steve Persad | 0.02 | -0.02 | 0.00 |

# Craft Collective
## Balance Sheet
### As of November 9, 2016

|  | QuickBooks | Adj's | Nov 9, 16 |
|---|---:|---:|---:|
| 2320-09 · Amanda Odmark | 5.10 | -5.10 | 0.00 |
| 2320-11 · Pedro Guzman | 14.57 | -14.57 | 0.00 |
| Total 2320 · Employee Payroll Reconciliation | -55,037.72 | 55,037.72 | 0.00 |
| 2349 · Payroll Taxes | 583.54 | 38,687.46 | 39,271.00 |
| Total 2310 · PAYROLL | -54,454.18 | 93,725.18 | 39,271.00 |
| 2390 · ACCRUALS |  |  |  |
| 2396 · Accrued Salary Manager | 508,000.00 | 0.00 | 508,000.00 |
| 2398 · Accounting Accruals (Dyson) | 17,624.84 | 0.00 | 17,624.84 |
| Total 2390 · ACCRUALS | 525,624.84 | 0.00 | 525,624.84 |
| Total 2300 · OTHER CURRENT LIABILITIES | 471,170.66 | 93,725.18 | 564,895.84 |
| 2800 · BRIDGE NOTES & ADVANCES |  |  |  |
| 2810 · BRIDGE NOTES (CAPITAL) |  |  |  |
| 2811 · Peter Schweinfurth / BEP |  |  |  |
| 2811-1 · Brand Equity Partners | 503,571.43 |  | 503,571.43 |
| 2811-2 · Peter Schweinfurth & A Aguilar | 51,020.41 |  | 51,020.41 |
| Total 2811 · Peter Schweinfurth / BEP | 554,591.84 | 0.00 | 554,591.84 |
| 2812 · Andrew Jones | 178,571.43 |  | 178,571.43 |
| 2813 · Blake Sutcliffe | 51,020.41 |  | 51,020.41 |
| 2814 · Peter Sutcliffe | 30,612.24 |  | 30,612.24 |
| 2815 · Marty Smith | 51,020.40 |  | 51,020.40 |
| 2816 · Paul Tierney | 30,612.24 |  | 30,612.24 |
| 2817 · STACC | 76,020.41 |  | 76,020.41 |
| 2818 · Bradley & Kimberley Walters | 7,602.04 |  | 7,602.04 |
| 2819 · Dan Ozizmir | 752,040.82 |  | 752,040.82 |
| 2820 · Robert Dahl | 51,020.41 |  | 51,020.41 |
| 2821 · Jared Joyce Schleimer | 51,020.41 |  | 51,020.41 |
| 2822 · Michael Venuti | 35,714.28 |  | 35,714.28 |
| 2823 · David Lebous | 25,510.20 |  | 25,510.20 |
| 2824 · Vignesh Aier | 51,020.41 |  | 51,020.41 |
| 2825 · Michael Peters | 102,040.82 |  | 102,040.82 |
| 2826 · Debora Russell | 25,000.00 |  | 25,000.00 |
| 2827 · Peter Marino | 102,040.82 |  | 102,040.82 |
| 2828 · James Koniuto | 10,204.08 |  | 10,204.08 |
| 2829 · Ruth & Howard Buschman | 25,000.00 |  | 25,000.00 |
| 2831 · Michael & Leatrice Colsten | 10,204.08 |  | 10,204.08 |
| 2832 · Frank Jones | 25,000.00 |  | 25,000.00 |
| Total 2810 · BRIDGE NOTES (CAPITAL) | 2,245,867.34 | 0.00 | 2,245,867.34 |
| 2840 · SENIOR BRIDGE NOTES |  |  |  |
| 2841 · Andrew Jones (Senior) | 566,326.54 |  | 566,326.54 |
| 2842 · Brand Equity Partners (Senior) | 535,714.29 |  | 535,714.29 |
| 2843 · Dan Ozizmir (Senior) | 642,857.15 |  | 642,857.15 |
| 2844 · Stephen Leahy (Senior) | 8,729.59 |  | 8,729.59 |
| 2845 · Rich Jacinto (Senior) | 102,040.82 |  | 102,040.82 |
| 2846 · Albert Bolles (Senior) | 300,000.00 |  | 300,000.00 |
| 2847 · Edmund Bingham (Senior) | 100,000.00 |  | 100,000.00 |

# Craft Collective
## Balance Sheet
### As of November 9, 2016

|  | QuickBooks | Adj's | Nov 9, 16 |
|---|---:|---:|---:|
| 2848 · Kevin Sisson (Senior) | 150,000.00 |  | 150,000.00 |
| 2849 · Anthony Cardone (Senior) | 150,000.00 |  | 150,000.00 |
| 2850 · Bowmere Inc (Senior) | 255,812.37 |  | 255,812.37 |
| **Total 2840 · SENIOR BRIDGE NOTES** | 2,811,480.76 | 0.00 | 2,811,480.76 |
| 2890 · BRIDGE NOTE INTEREST |  |  |  |
| 2891 · Bridge Note Interest Accrual | 364,709.82 | 255,318.24 | 620,028.06 |
| 2892 · Senior Bridge Interest Accrual | 100,308.93 | 232,734.26 | 333,043.19 |
| **Total 2890 · BRIDGE NOTE INTEREST** | 465,018.75 | 488,052.50 | 953,071.25 |
| **Total 2800 · BRIDGE NOTES & ADVANCES** | 5,522,366.85 | 488,052.50 | 6,010,419.35 |
| **Total Other Current Liabilities** | 5,993,537.51 | 581,777.68 | 6,575,315.19 |
| **Total Current Liabilities** | 7,395,624.61 | 710,719.17 | 8,106,343.78 |
| Long Term Liabilities |  |  |  |
| 2900 · LONG TERM LIABILITIES |  |  |  |
| 2910 · LOANS |  |  |  |
| 2911 · NYBDC Loan | 418,381.33 | 0.00 | 418,381.33 |
| 2913 · GTI Settlement | 40,832.65 | 0.00 | 40,832.65 |
| 2914 · SOS Capital | 150,768.94 | -29,038.60 | 121,730.34 |
| **Total 2910 · LOANS** | 609,982.92 | -29,038.60 | 580,944.32 |
| **Total 2900 · LONG TERM LIABILITIES** | 609,982.92 | -29,038.60 | 580,944.32 |
| **Total Long Term Liabilities** | 609,982.92 | -29,038.60 | 580,944.32 |
| **Total Liabilities** | 8,005,607.53 | 681,680.57 | 8,687,288.10 |
| Equity |  |  |  |
| 3000 · EQUITY |  |  |  |
| 3100 · COMMON STOCK |  |  |  |
| 3110 · SERIES A COMMON EQUITY |  |  |  |
| 3110-01 · Cherry Tree Partners LLC | 4,170,000.00 |  | 4,170,000.00 |
| 3110-02 · Filigree & Hedgerow LLC | 160,000.00 |  | 160,000.00 |
| 3110-03 · D-Mark Holdings LLC | 200,000.00 |  | 200,000.00 |
| 3110-04 · Glaciaire LLC | 200,000.00 |  | 200,000.00 |
| 3110-05 · John Gallagher | 230,000.00 |  | 230,000.00 |
| 3110-06 · GTJ Investments LLC | 230,000.00 |  | 230,000.00 |
| 3110-07 · Todd Arden | 180,000.00 |  | 180,000.00 |
| 3110-08 · Stephen Leahy | 180,000.00 |  | 180,000.00 |
| 3110-09 · Daniel Starr | 90,000.00 |  | 90,000.00 |
| 3110-10 · Michael Starr | 90,000.00 |  | 90,000.00 |
| **Total 3110 · SERIES A COMMON EQUITY** | 5,730,000.00 | 0.00 | 5,730,000.00 |
| **Total 3100 · COMMON STOCK** | 5,730,000.00 | 0.00 | 5,730,000.00 |
| 3200 · PREFERRED EQUITY |  |  |  |
| 3210 · SERIES A PREFERRED EQUITY |  |  |  |
| 3210-01 · Antoinette F Segreto | 15,000.00 |  | 15,000.00 |
| 3210-02 · David Yen | 10,000.00 |  | 10,000.00 |
| 3210-03 · John Liporace | 25,000.00 |  | 25,000.00 |
| 3210-04 · Robert Duffy | 10,000.00 |  | 10,000.00 |
| 3210-05 · Jim Burnett | 25,000.00 |  | 25,000.00 |
| 3210-06 · Matt Kendrall | 10,000.00 |  | 10,000.00 |

## Craft Collective
## Balance Sheet
### As of November 9, 2016

| | QuickBooks | Adj's | Nov 9, 16 |
|---|---:|---:|---:|
| 3210-07 · Jared Joyce-Schleimer | 10,000.00 | | 10,000.00 |
| 3210-08 · Jay Prasad | 10,000.00 | | 10,000.00 |
| 3210-09 · Frank Falco | 12,500.00 | | 12,500.00 |
| 3210-10 · Andrew Weissman | 10,000.00 | | 10,000.00 |
| 3210-11 · Peter Schweinfurth | 351,782.88 | | 351,782.88 |
| 3210-13 · Prashant Radhakrishnan | 20,000.00 | | 20,000.00 |
| 3210-14 · Joshua Freeland | 20,000.00 | | 20,000.00 |
| 3210-15 · Aditya Bhavnani | 10,000.00 | | 10,000.00 |
| 3210-16 · Harpreet Holly Singh | 20,000.00 | | 20,000.00 |
| 3210-17 · Rushabh Doshi | 20,000.00 | | 20,000.00 |
| 3210-18 · Shabad Thadani | 15,000.00 | | 15,000.00 |
| 3210-19 · Mark McCarron | 10,000.00 | | 10,000.00 |
| 3210-20 · Will Hoeg | 12,500.00 | | 12,500.00 |
| 3210-21 · Hawk Family, LP | 12,500.00 | | 12,500.00 |
| 3210-22 · Steve Tokos | 25,000.00 | | 25,000.00 |
| 3210-23 · Kimberly S Parker | 25,000.00 | | 25,000.00 |
| 3210-24 · Lee Bearsch | 49,052.05 | | 49,052.05 |
| 3210-25 · Andrew Jones | 798,842.46 | | 798,842.46 |
| 3210-26 · GTJ Investments LLC | 72,875.00 | | 72,875.00 |
| 3210-27 · Peter Sutcliffe | 112,750.00 | | 112,750.00 |
| 3210-28 · Blake Sutcliffe | 178,250.00 | | 178,250.00 |
| 3210-30 · Joshua Sosland / Cherry Tree | 100,890.41 | | 100,890.41 |
| 3210-31 · Susan Smith / Cherry Tree | 121,616.44 | | 121,616.44 |
| 3210-32 · David Smith / Cherry Tree | 62,308.22 | | 62,308.22 |
| 3210-33 · Jack/John Gallagher | 41,793.15 | | 41,793.15 |
| 3210-34 · James Koniuto | 23,776.70 | | 23,776.70 |
| 3210-35 · Stephen Leahy | 60,309.93 | | 60,309.93 |
| 3210-36 · Derek Russell | 24,109.59 | | 24,109.59 |
| 3210-37 · Stanley Yee | 5,998.63 | | 5,998.63 |
| 3210-38 · Todd Arden | 60,006.85 | | 60,006.85 |
| 3210-39 · Zachary Aarons | 11,812.33 | | 11,812.33 |
| 3210-40 · Casey Hammontree | 14,174.79 | | 14,174.79 |
| 3210-41 · Christopher Crawford | 47,249.31 | | 47,249.31 |
| 3210-42 · Richard Jacinto | 222,684.93 | | 222,684.93 |
| 3210-43 · Robert Dahl | 50,000.00 | | 50,000.00 |
| 3210-44 · Dan Ozizmir | 150,000.00 | | 150,000.00 |
| 3210-45 · Ken Bruder | 15,000.00 | | 15,000.00 |
| 3210-46 · Dan Rudd | 25,000.00 | | 25,000.00 |
| 3210-47 · Nishant Sexena | 25,000.00 | | 25,000.00 |
| 3210-48 · Sudip Thakor | 100,000.00 | | 100,000.00 |
| 3210-49 · Mohit Bathija | 25,000.00 | | 25,000.00 |
| 3210-50 · Richard Kane | 25,000.00 | | 25,000.00 |
| 3210-51 · Nicholas Miller | 10,000.00 | | 10,000.00 |
| 3210-52 · Donald Pierce | 10,000.00 | | 10,000.00 |
| Total 3210 · SERIES A PREFERRED EQUITY | 3,122,783.67 | 0.00 | 3,122,783.67 |

9:54 AM
11/09/16
Accrual Basis

# Craft Collective
## Balance Sheet
### As of November 9, 2016

|  | QuickBooks | Adj's | Nov 9, 16 |
|---|---:|---:|---:|
| Total 3200 · PREFERRED EQUITY | 3,122,783.67 | 0.00 | 3,122,783.67 |
| 3900 · OTHER EQUITY |  |  |  |
| 3910 · BASIS FOR K1 |  |  |  |
| 3911 · Malina | 300,000.00 |  | 300,000.00 |
| Total 3910 · BASIS FOR K1 | 300,000.00 | 0.00 | 300,000.00 |
| Total 3900 · OTHER EQUITY | 300,000.00 | 0.00 | 300,000.00 |
| Total 3000 · EQUITY | 9,152,783.67 | 0.00 | 9,152,783.67 |
| 3999 · Retained Earnings | -14,522,686.00 |  | -14,522,686.00 |
| Net Income | -1,067,857.28 | -1,038,429.78 | -2,106,287.06 |
| Total Equity | -6,437,759.61 | -1,038,429.78 | -7,476,189.39 |
| TOTAL LIABILITIES & EQUITY | 1,567,847.92 | -356,749.21 | 1,211,098.71 |