UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------- x
In Re:                                              :
                                                    :      Case No. 17-40716 (ESS)
The Fresh Ice Cream Company LLC,                    :
d/b/a Craft Collective,                             :      Chapter 11
d/b/a Steve's Ice Cream,                            :
                                                    :
                                                    :
                        Debtor.                     :
                                                    :
                                                    :
------------------------------------------------------- x

## APPOINTMENT OF OFFICIAL COMMITTEE OF UNSECURED CREDITORS

William K. Harrington, the United States Trustee for Region 2, under 11 U.S.C. sections 1102(a) and (b), hereby appoints the following creditors to the Official Committee of Unsecured Creditors of *The Fresh Ice Cream Company LLC*:

1. Schoep's Ice Cream Co., Inc.
   2070 Helena Street,
   P.O. Box 3249
   Madison, Wisconsin 53705
   Attn: Thomas Stitgen
   tel: 608-245-4108

2. Hudsonville Ice Cream
   345 E. 48th Street, Suite 200
   Holland, Michigan 49423
   Attn: Cary T. Grover
   tel: 616-546-4005

1

3.  Kevin M. Sisson
    5967 Bryn Brooke Drive
    Raleigh, North Carolina 27614
    tel: 516-650-3847

4.  Anthony Cardone
    P.O. Box 269
    Port Washington, New York 11050
    tel: 917-335-9949

5.  Edmund Bingham
    16 Ridge Road, #2
    Glen Cove, New York 11542
    tel: 516-776-3339

Dated: New York, New York
       March 8, 2017

                                            Respectfully submitted,

                                            WILLIAM K. HARRINGTON
                                            UNITED STATES TRUSTEE, REGION 2

By:   */s/ Nazar Khodorovsky*
        Nazar Khodorovsky
        Trial Attorney
        201 Varick Street, Suite 1006
        New York, New York 10014
        Tel. No. (212) 510-0500