| | |
|---|---|
| DELBELLO DONNELLAN WEINGARTEN WISE & WIEDERKEHR, LLP<br>*Attorneys for Debtor*<br>One North Lexington Avenue<br>White Plains, New York 10601<br>(914) 681-0200<br>Jonathan S. Pasternak, Esq. | **Hearing Date:  October 17, 2017**<br>**Hearing Time:  10:00 a.m.** |

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------X
In re

THE FRESH ICE CREAM COMPANY, LLC
*d/b/a Craft Collective*
*d/b/a Steve's Ice Cream*

               Debtor.
------------------------------------------------------------X

Chapter 11
Case No.:17-40716 (ess)

## NOTICE OF HEARING TO CONSIDER APPROVAL OF THE DEBTOR'S DISCLOSURE STATEMENT PURSUANT TO 11 U.S.C. §1125

**PLEASE TAKE NOTICE,** that the above-referenced debtor and debtor-in-possession, (the "Debtor"), by its attorneys, DelBello Donnellan Weingarten Wise & Wiederkehr, LLP, by the undersigned, shall move before the Honorable Elizabeth S. Stong, United States Bankruptcy Judge, at the United States Bankruptcy Court, Conrad B. Duberstein Courthouse, Courtroom 3585, Brooklyn, New York 11201-1800 on October 17, 2017 at 10.00 a.m., or as soon thereafter as counsel may be heard, for an Order approving the Debtor's Disclosure Statement pursuant to Section 1125 of the Bankruptcy Code, together with such other relief as is just and proper.

**PLEASE TAKE FURTHER NOTICE,** that a copy of the Debtor's Disclosure Statement is on file at the court's website www.nyeb.uscourts.gov (a password and login are required) and may also be obtained from the undersigned upon written request to:  Jonathan S. Pasternak, Esq., DelBello Donnellan Weingarten Wise & Wiederkehr, One North Lexington Avenue, White Plains, New York 10601.

**PLEASE TAKE FURTHER NOTICE,** that objections, if any, to the approval of the Disclosure Statement must be in writing, filed with the Bankruptcy Court at the court's website [www.nyeb.uscourts.gov](www.nyeb.uscourts.gov) (a password and login are required), with a copy delivered directly to Chambers, and served upon the undersigned on or before October 10, 2017 at 5:00 p.m. (EST).

Dated: White Plains, New York
        September 12, 2017

                               DELBELLO DONNELLAN WEINGARTEN
                               WISE & WIEDEKEHR, LLP
                               *Attorneys for the Debtor*
                               One North Lexington Avenue
                               White Plains, New York 10601
                               (914) 681-0200

                               By: */s/ Erica R. Aisner*
                                       Erica R. Aisner, Esq.

TO:    Office of the United States Trustee
           Notices of Appearance
           All Creditors and Parties In Interest