DELBELLO DONNELLAN WEINGARTEN
WISE & WIEDERKEHR, LLP
*Attorneys for the Debtor*
One North Lexington Avenue
White Plains, New York 10601
(914) 681-0200
Jonathan S. Pasternak, Esq.
Erica R. Aisner, Esq.

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
In re:

THE FRESH ICE CREAM COMPANY, LLC
d/b/a Craft Collective
d/b/a Steve's Ice Cream,

Debtor.
-----------------------------------------------------------------X

Chapter 11
Case No. 17-40716-ess

**CERTIFICATION OF BALLOTS**

The above captioned Debtor having filed a First Amended Chapter 11 Liquidating Plan dated October 17, 2017 (the "Plan"); and ballots on said Plan having been solicited pursuant to Order dated October 19, 2017 by DelBello Donnellan Weingarten Wise & Wiederkehr, LLP, attorneys for the Debtor, and Classes 1, 2 and 4 being unimpaired and Class 3 being the only impaired Class of claimholders, it is hereby certified that the ballots have been filed with DelBello Donnellan Weingarten Wise & Wiederkehr, LLP, counsel to the Debtor, as follows:

**Class 1 – Allowed Non-Tax Priority Claims**
**Unimpaired & Presumed to Accept the Plan**

**VOTES NOT SOLICITED**

**Class 2 – Allowed Secured Claims**
**Unimpaired & Deemed to Accept the Plan**
**VOTES NOT SOLICITED**

**Class 3- Allowed General Unsecured Claims**
**Impaired and Entitled to Vote on the Plan**

| | **Creditor** | **Amount** | **Accept/Reject** |
|---|---|---|---|
| 1 | Anthony Cardone | $169,575.00[1] | Accepts |
| 2 | Blake Sutcliffe | $50,000.00[2] | Accepts |
| 3 | Brand Equity Partners, LLC | $1,090,306.12 | Accepts |
| 4 | Celilo Group Media | $1,750.00 | Accepts |
| 5 | Debora A. Russell | $25,000.00 | Accepts |
| 6 | Dan Ozizmir | $806,122.43[3] | Accepts |
| 7 | David J. Lebous | $25,000.00 | Accepts |
| 8 | Edmund Bingham | $113,900.00 | Accepts |
| 9 | F. E. Jones Construction, Inc. | $25,000.00 | Accepts |
| 10 | Farrel Fritz, P.C. | $19,087.36 | Accepts |
| 11 | GTI Designs, Inc. | $110,742.07[4] | Accepts |
| 12 | Howard Berman | $2,193.51 | Accepts |
| 13 | Hudsonville Creamery & Ice Cream Co., LLC | $476,785.00 | Accepts |
| 14 | Hutt Trucking Company | $8,407.96 | Accepts |
| 15 | Island Container Corp. | $4,999.89 | Accepts |
| 16 | James Koniuto | $10,000.00[5] | Accepts |
| 17 | Kevin M. Sisson | $150,000.00 | Accepts |
| 18 | Kildare Asset Management, LLC | $205,876.00 | Accepts |
| 19 | Martin and Mary Smith | $66,326.41[6] | Accepts |
| 20 | Michael and Latrice Colsten | $10,204.08 | Accepts |
| 21 | Michael Peters | $102,040.81 | Accepts |
| 22 | Michael Venuti | $35,000.00 | Accepts |
| 23 | MTLR, Corp. dba Mendon Truck Leasing & Rental | $19,101.47 | Accepts |
| 24 | National Marketshare Group, Inc.[7] | $8,241.09 | Accepts |

[1] Ballot references claim in the $180,000. Proof of claim filed in the amount of $169,575.
[2] Ballot references claim in the amount of $215,000. Proof of claim filed in the amount of $50,000.
[3] Ballot references claim in the amount of $1,889,576. No proof of claim was filed but claim was scheduled by the Debtor in the amount of $806,122.43.
[4] Ballot references claim in the amount of $159,909.42. Proof of claim filed in the amount of $110,742.07.
[5] Ballot references claim in the amount of $20,000. Proof of claim filed in the amount of $10,000.
[6] Ballot references claim in the amount of $50,000. Proof of claim filed in the amount of $66,326.41.
[7] Creditor filed its proof of claim and asserted priority status. The Debtor will file an objection to this classification prior to Confirmation. However, ballot was submitted by creditor as a holder of a Class 3 Claim and as such, it is included in this Certification.

| | | | |
|---|---|---|---|
| 25 | Paul Tierney | $30,000.00 | Accepts |
| 26 | Schoep's Ice Cream Co., Inc. | $1,017,597.20 | Accepts |
| 27 | SRSJ Group, Inc. | $240,000.00[8] | Accepts |
| | | | |
| 1 | ACP BK I LLC | $100,981.91 | Rejects |
| | | | |
| | **Total Amount** | **$4,924,238.31** | **28** |
| | **Accepting** | **$4,823,256.40** | **27** |
| | **Rejecting** | **$100,981.91** | **1** |

**Class 3 – Interests**
**Unimpaired and Deemed to Accept**

**VOTES NOT SOLICITED**

It appears therefore that:

a. Class 1, 2 and 4 creditors have neither accepted nor rejected the Plan, are unimpaired and are deemed to have accepted the Plan pursuant to 11 U.S.C. Section 1126(f); and

b. Class 2 creditors holding at least 2/3 in amount of nondisputed, voted claims, and 1/2 in number of nondisputed, voted claims or interests, as applicable, have voted to accept the Plan;

Dated: White Plains, New York
December 6, 2017

**DELBELLO DONNELLAN WEINGARTEN WISE & WIEDERKEHR, LLP**
*Attorneys for the Debtor*
One North Lexington Avenue, 11th Floor
White Plains, New York 10601
(914) 681-0200

By: */s/ Jonathan S. Pasternak, Esq.*
Jonathan S. Pasternak, Esq.

[8] Ballot references claim in the amount of $376,152.00. No proof of claim was filed by claim was scheduled by the Debtor in the amount of $240,000.