**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| **In re:** | **Chapter 11** |
| THE FRESH ICE CREAM COMPANY, LLC | 17-40716 (ESS) |
| d/b/a Craft Collective | |
| d/b/a Steve's Ice Cream | |

## BANKRUPTCY CLOSING REPORT CHAPTER 11

**To the best of my knowledge and belief, the following is a breakdown in this case:**

FEES AND EXPENSES (From case inception):

$ 110,005.20          FEES AND EXPENSES FOR ATTORNEY FOR DEBTOR

$102,437.22           OTHER PROFESSIONAL FEES and ALL EXPENSES

-------------------------------------------------------------------------------------

    n/a               TRUSTEE FEE (if applicable)

    n/a               ATTORNEY FOR TRUSTEE (if applicable)

   X    PLAN CONFIRMED          $YES          CREDITOR DIVIDENDS PAID
- 100% to Admin, Secured and Priority
- 3/3% to General Unsecured

        PLAN NOT CONFIRMED      $ N/A         FUTURE DIVIDENDS

STEPS TAKEN TO CONSUMMATE PLAN:

   X    Distributions under the Plan completed
        Other (explain)

Dated:  White Plains, New York          DELBELLO DONNELLAN WEINGARTEN
        May 18, 2018                    WISE & WIEDERKEHR, LLP
                                        *Attorneys for the Reorganized Debtor*
                                        One North Lexington Ave.
                                        White Plains, New York 10601
                                        (914) 681-0200

                                        BY:  */s/ Jonathan S. Pasternak*
                                             Jonathan S. Pasternak